UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SUSAN DARIA LANDINO, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>YALE UNIVERSITY,<br><br>                Defendant. | Civil Action No. 22-0675 (APM) |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States respectfully notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the Government respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators in this case to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relators or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause, at a later date, and to seek the dismissal of



RECEIVED

SEP 16 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the Relators' action or claims.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relators' Complaint, this Notice, and the attached Proposed Order be unsealed.  The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

* **

Dated:  September 16, 2024

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW GRAVES, D.C. Bar #481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division

By: /s/ _____
JOHN C. TRUONG
D.C. Bar # 4654901
DEDRA S. CURTEMAN
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2524 (Truong)
(202) 252-2550 (Curteman)
John.Truong@usdoj.gov
Dedra.Curteman@usdoj.gov

JAMIE A. YAVELBERG
DAVID B. WISEMAN
JOSHUA R. BARRON
Attorneys, Civil Division
U.S. Department of Justice
175 N. Street, NE
Washington, DC  20002
(801) 325-3360

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2024, a true and correct copy of

the above and foregoing The Government's Notice of Election to Decline Intervention

and proposed Order were served through electronic mail to:

>  Andrew M. Beato
>  Melissa Fox
>  STEIN MITCHELL BEATO & MISSNER LLP
>  901 15th Street, N.W.
>  Suite 700
>  Washington D.C., 20005
>  mfox@steinmitchell.com
>  ABeato@steinmitchell.com
>  *Counsel for Relators*

Because this action is under seal pursuant to 31 U.S.C. § 3730, the Defendant has not been served

with copies of the foregoing Application.

>  /s/ *John C. Truong*
>  JOHN C. TRUONG
>  Assistant United States Attorney