UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SUSAN DARIA LANDINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YALE UNIVERSITY, <br><br> Defendant. | Civil Action No. 22-0675 (APM) |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is ORDERED that:

1. The Complaint be unsealed and served upon the Defendant by the Relators, if they elect to proceed with this action;

2. All other docketed matters in this action shall remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relators will serve upon the Defendant only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the Relators or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED.

2024.09.18
16:57:11
-04'00'

_____                    _____
Date                                                                United States District Judge

- 5 -