IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> *ex rel.* SUSAN DARIA LANDINO, et al. ) <br> ) <br> Plaintiff/Relators, ) <br> ) Civil No. 1:22-cv-00675-APM <br> v. ) <br> ) <br> YALE UNIVERSITY ) March 3, 2025 <br> ) <br> Defendant. ) <br> ) | |

## NOTICE OF FILING SUPPORTING DOCUMENTS

Relators Susan D. Landino, M.A., Dr. Heidi Lockwood, PhD, and Dr. Nita Maihle, PhD ("Relators") notify the Court that, per agreement of the parties, Relators hereby file certain documents incorporated by reference in their Complaint, Dkt. No. 1.

This case involves a *qui tam* action filed against Defendant Yale University ("Defendant") under the Federal False Claims Act, 31 U.S.C. §§ 3729-3733. Relators' Complaint, filed when the case was still under seal, incorporated by reference Relators' disclosure statement ("Disclosure") describing research grant fraud and related Title IX noncompliance, along with certain exhibits attached to the disclosure. *See* Dkt. No. 1, at ¶¶ 11, 90, 108, and 111. After the seal was lifted and Defendant was served, Relators' counsel and counsel for Defendant conferred about filing the exhibits referenced in the Complaint with the Court. After meeting and conferring with Defendant's counsel, Relators hereby file the following attachments to Relators' Disclosure (referenced as Exhibits C and D in the Complaint):

   a. A Summary Timeline of Yale's Pre-VRA Title IX Violations (Exhibit C); and

   b. A report, compiled by Relators, comparing Defendant's Title IX compliance with other higher education institutions based on aggregated data from The Academic Sexual Misconduct Database, Individual Institution Title IX Reports,

1

and the 201 5 and 2019 Association of American Universities ("AAU") Campus Climate Surveys (Exhibit D).

Dated: March 3, 2025

Respectfully submitted,

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 492424)
Andrew M. Beato (Bar No. 469097)
Melissa S. Fox (Bar No. 1659341)
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, D.C. 20006
(202) 737-7777
RGilmore@steinmitchell.com
ABeato@steinmitchell.com
MFox@steinmitchell.com

*Counsel for Relators*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I caused to be electronically filed the foregoing Notice of Filing Supporting Documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all CM/ECF participants, including counsel for Defendant.

*/s/ Robert B. Gilmore*
Robert B. Gilmore (Bar No. 492424)
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, D.C. 20006
(202) 737-7777
RGilmore@steinmitchell.com