**Exhibit C. Summary Timeline of Yale's Pre-VRA Title IX Violations.**

- In 1998, two sexual harassment-related events occurred at Yale. ***First***, Professor Antonio Lasaga was charged with possessing thousands of child pornography images and videos that he had downloaded onto the Yale server. ***Second***, Yale undergraduate student Suzanne Jovin was murdered, and her Yale honors thesis advisor, Professor James Van de Velde, (who had been accused of sexual harassment previously) was named as a person of interest but never arrested.[1]

- In 1999, Kathryn Kelly, a Yale Divinity School student, was sexually assaulted by Robert Nolan, a fellow student on the Yale University campus.[2] Kelly filed a formal written complaint with the Yale Divinity School Sexual Harassment Committee, that concluded Nolan had committed a sexual violation and recommended that Nolan be required to take a leave of absence until the 2002-2003 academic year.[3] Despite this finding, at an open forum to address student concern arising out of the incident, a Yale dean stated that Nolan's assault was "not legal rape."[4] Kelly filed suit based on this and that her requests for Title IX accommodations were denied. Yale's motion for summary judgment on Kelly's Title IX claims was denied,[5] therein granting Yale a direct experience with what constituted deliberate indifference in a court's eyes in 2003.

- Several years later, in 2004, Yale alumna, Naomi Wolf, wrote an article entitled "The Silent Treatment," in *New York* magazine about a permissive culture of sexual harassment at Yale, which Yale alumna, Emily Bazelon, investigated further, several months later.[6] In October of the same year, after a Yale student entered a guilty plea for sexually assaulting another student, the University's mishandling of the case was covered in both local and national press.[7]

- In 2005, an East Windsor, CT police officer was convicted of repeatedly raping and abusing Yale graduate student, Natasa Mateljevic, and was sentenced to 14 years in prison.[8]

---

[1] Randall Beach, Jovin murder mystery continues 20 years later, NEW HAVEN REGISTER, (Dec. 2, 2018), https://www.nhregister.com/news/article/Jovin-murder-mystery-continues-20-years-later-13438017.php; Suzanna Andrews, Murder most Yale, VANITY FAIR, (Aug. 1999) https://www.vanityfair.com/magazine/1999/08/yale-murder199908.
[2] Kelly v. Yale Univ., No. CIV.A. 3:01-CV-1591, 2003 WL 1563424, at *1 (D. Conn. Mar. 26, 2003).
[3] Id.
[4] Id. at *3.
[5] Id.
[6] Naomi Wolf, The Silent Treatment, NY MAGAZINE, http://nymag.com/nymetro/news/features/n_9932/ (last visited Feb. 18, 2019); Emily Bazelon, Lux, Veritas, and Sexual Trespass, YALE ALUMNI MAG., (July-Aug. 2004), http://archive.yalealumnimagazine.com/issues/2004_07/harrassment.html
[7] Curt Wagner & Victoria Rodriguez, Yale University Accused of Mishandling Rape Case, CHICAGO TRIBUNE (Oct. 8, 2004), http://articles.chicagotribune.com/2004-10-08/news/0410090047_1_sexual-assault-yale-spokesman-tom- conroy-student
[8] Kim Martineau, Allegations outlined in rape case against officer, HARTFORD COURANT, (Feb. 8, 2005), http://articles.courant.com/2005-02-08/news/0502080677_1_arrest-warrant-crespo-police-officer; Associated Press, Officer arrested by Yale police, BOSTON.COM, (Feb. 6, 2005),

- Mateljevic alleged in a lawsuit later filed against Yale that various Yale employees were aware of the abuse she suffered well before 2004, and a Yale police officer directly observed a previous instance of abuse, but none of them helped her with information or other assistance in reporting the abuse before Relator Susan Landino did (see Part VII.A.I. for more information about Landino's role in Mateljevic's case).[9]

- In 2006, ABC News covered the Yale student arrested for sexually assaulting Jane Doe 1 with the student eventually pleading no contest to assault charges, in 2006.[10] That same year, a former secretary at the Yale School of Medicine, Mary Beth Garceau, sued Yale, alleging that the head of the Department of Pharmacology had sexually harassed her throughout her three-years of employment and Yale did nothing to stop him, causing her to resign from her position.[11]

- In 2009, Yale student Annie Le was sexually assaulted and murdered on campus by Yale lab technician, Raymond Clark.[12]

- In 2010, video surfaced of Yale fraternity pledges chanting "No means yes, yes means a**l" outside the campus women's center prompting widespread outrage directed both at the conduct and Yale's lackluster response.[13]

- In 2012, The Department of Education closed its investigation into Yale's sexually hostile environment and determined the following: (1) Yale's grievance procedures were unclear and confusing; and (2) SHGB failed to keep records of reported violations, did not engage in gathering evidence or conducting interviews in relation to complaints of sexual misconduct, and ultimately lacked authority to enforce the largely informal remedies it offered to students. As it related to ExComm, the University's disciplinary body, ED

---

http://archive.boston.com/news/local/connecticut/articles/2005/02/06/officer_arrested_by_yale_police/?camp=pm

[9] Cynthia Hua, Former student sues Yale over sexual misconduct response, YALE DAILY NEWS, (Apr. 11, 2013), http://yaledailynews.com/blog/2013/04/11/former-student-sues-yale-over-sexual-misconduct-response/

[10] Marcus Baram, Yale Student: School didn't keep me safe, ABC NEWS, http://abcnews.go.com/US/story?id=3147125&page=1 (last visited Feb. 18, 2019).

[11] Caitlin Roman, Univ. faces harassment lawsuit, Yale Daily News (Dec. 1, 2006), https://yaledailynews.com/blog/2006/12/01/univ-faces-harassment-lawsuit/. Relator Landino was informed by Garceau that Yale leadership was aware of multiple sexual harassment complaints regarding this individual prior to Garceau's complaint.

[12] Annie Le archive, The New York Times, http://www.nytimes.com/topic/person/annie-le (last visited Feb. 18, 2019).

[13] Angelica Bonus, Fraternity pledges' chant raises concerns at Yale, CNN (Oct. 18, 2010), http://www.cnn.com/2010/US/10/18/connecticut.yale.frat.chant/; Callum Mason & Alex Shaw, Students outraged as Yale fraternity suspended for 'no means yes' chants establishes chapter at Edinburgh, THE INDEPENDENT (Jan. 29, 2014), http://www.independent.co.uk/student/news/students-outraged-as-yale-fraternity-suspended-for-no-means-yes-chants-establishes-chapter-at-9092845.html; see also Tyler Kingkade, 169 Philosophers Condemn One of Their Own Accused of Sexual Harassment, Huffington Post, (Jun. 20, 2016), http://www.huffingtonpost.com/entry/thomas-pogge-open-letter-sexual-harassment_us_576710a7e4b015db1bc9b49a

determined that it (1) focused on rights of alleged perpetrators, rather than on affording prompt and equitable resolution to complainants; (2) circumvented basic investigation of complaints; (3) failed to obtain input from the complaining victim; (4) required complaints to find a University administrator to file a complaint on their behalf; (5) vested decisions in potentially conflicted faculty members; and (6) ignored remedies for the complainant. Speaking to the insufficiency of ExComm proceedings with respect to incidents of sexual misconduct, OCR found that from 2007 to 2011, only 13 individuals initiated proceedings with the body. ED also found systemic problems and conflicts with Yale's designation of Title IX coordinators.