# METRIC #1: THE ACADEMIC SEXUAL MISCONDUCT DATABASE

**Background**

In February 2016, Dr. Julie Libarkin, a data scientist and Director of the Geocognition Research Laboratory at Michigan State University, launched a project to catalog all of the publicly available data about faculty and staff sexual misconduct. The Academic Sexual Misconduct Database aggregates court records, established media reports, and other publicly available data to provide a repository of nearly 1,000 publicly documented cases of faculty and staff sexual misconduct from the 1980s through the present.[1]

**Data from the Academic Sexual Misconduct Database:**

The Academic Sexual Misconduct Database provides data for *all* institutions of higher education.[2] Yale has many more cases of faculty and staff sexual misconduct than other private schools with a history of faculty and staff sexual misconduct:



Yale is also uniquely reticent to respond to faculty sexual misconduct, even in these highly publicized cases. At Stanford, only 1 of the 6 publicly named faculty perpetrators (Mark Perlroth, who harassed a student in 1990-91) is still on the faculty, as professor emeritus. At Harvard, *none* of the 8 publicly named perpetrators are still teaching; even the emeritus status of Jorge Dominguez was revoked this year. At Columbia, only 3 of the 11 are still teaching (Golston, Bekaert, and Al-Awqati). At Yale, on the other hand, more than half – 5 of the 11 *publicly* named faculty perpetrators (Echevarria, Simons, Schlessinger, Seli, and Pogge) – are still actively teaching and/or supervising graduate students and researchers.

---

[1] Libarkin, J. (2019). Academic Sexual Misconduct Database. Retrieved 9/29/19, from https://academic-sexual-misconduct-database.org

[2] The AAU Survey described in the "Metric #3" section, in contrast, presents data from only 33 of the approximately 4,300 institutions of higher education in the U.S.

## METRIC #2: INDIVIDUAL INSTITUTION TITLE IX REPORTS

**Background**

As of March 15, 2018, the Office for Civil Rights had conducted 502 investigations of institutions of higher education for allegations related to Title IX violations; as of the same date, 197 cases had been resolved, and 305 remain open.[3]

The first of the 502 cases to be filed was the now-historic April, 2011 Yale University Title IX complaint. The University signed a Voluntary Resolution Agreement with the Department of Education Office for Civil Rights (OCR) in June, 2012. One of the stipulations in that agreement was that Yale maintain and publish statistics related to the receipt and handling of Title IX complaints every 6 months.

Many other universities also maintain and disclose Title IX statistics on an annual basis, even without being required to do so by the OCR. Although these statistics are maintained by the Title IX offices, who have a split vested interest in both exhibiting a high number of complaints (to demonstrate the need for additional resources) and in publicly reporting a low number of complaints (to minimize student and parent concerns about campus safety), the trends in the statistics do provide some helpful information. Specifically, universities across the country saw a significant spike in the number of reports for FY 2018, which was likely due to both the #MeToo movement and increased awareness of Title IX reporting options among university students:[4]



---

[3] http://projects.chronicle.com/titleix/
(More recent data is not available because the ED under Betsy DeVos stopped releasing information, including meta-data, about investigations.)

[4] https://sexualmisconduct.princeton.edu/reports
https://www.brown.edu/about/administration/title-ix/annual-outcome-report
https://titleix.mit.edu/about/annual-reports
https://studentaffairs.duke.edu/sexual-misconduct-prevention-and-response/get-educated
https://sexualrespect.columbia.edu/reports-and-research
https://equity.stanford.edu/reports
https://provost.yale.edu/title-ix/reports
https://odr.harvard.edu/annual-reports

**Data from Individual Institution Title IX Reports:**

The number of reports of sexual misconduct at an institution must of course be considered in conjunction with the number of students at the institution. At Yale, for example, in the fall of 2017 (which corresponds to FY 2018, the most recent year for which Title IX statistics are available), there were 12,956 students, whereas at Harvard, there were 21,360 students in the fall of 2017.[5] Although the number of reports at Harvard during this time period (416) might appear to be higher than the number of reports at Yale (274), this should be balanced against the fact that the number of students at Harvard is almost double the number of students at Yale.

When adjusted for the number of students at each institution, the prevalence of reports of sexual assault and misconduct for FY 2018 at Yale is significantly higher than the prevalence of reports of sexual assault and misconduct at peer universities:[6]



And at Yale, although the number of cases reported to the Title IX Office and other offices (SHARE, faculty, department chairs, etc.) has increased dramatically since the OCR began requiring reports from Yale (in 2011), Yale's own data shows that the number of reports to offices that have the ability to investigate and impose penalties (the Yale Police and the UWC) has *not* increased, which suggests that Title IX and other offices are discouraging students from pursuing formal complaints:[7]



---

[5] https://oir.yale.edu/sites/default/files/factsheet_2017-18_0.pdf; https://oir.harvard.edu/fact-book/enrollment
[6] The same is true of all years for which Title IX reports are available.
[7] https://provost.yale.edu/sites/default/files/files/August%202018%20Sexual%20Misconduct%20Report.pdf, p 2

## METRIC #3: THE AAU SURVEYS

**Background**

In 2015, the Association of American Universities (AAU) conducted a landmark Campus Climate Survey on Sexual Assault and Sexual Misconduct, which surveyed over 150,000 undergraduate, graduate and professional students at 27 universities. Yale was among the 27 institutions that participated.

In the spring of 2019, a follow-up AAU survey of over 870,000 undergraduate, graduate, and professional students at 33 universities was conducted. Yale was among the 33 institutions that participated.

**Data from the 2015 AAU survey**

The 2015 AAU survey found that the percentage prevalence of sexual assault reported by female undergraduates at Yale was significantly higher than the average 23% prevalence of sexual assault reported by female undergraduates at the 27 universities surveyed. It was also significantly higher than the other private universities who participated in the survey (Dartmouth, Harvard, Brown, Washington University in St. Louis, Cornell, Columbia, Purdue, Case Western, and Cal Tech).

In fact, Yale reported higher rates of sexual assault for undergraduate women than every other university except the University of Michigan and the University of Southern California, both of which are large universities with enrollments approximately 3-4 times that of Yale (40,000-50,000 students, versus 12,000-13,000 at Yale):



Yale also topped the 2015 AAU survey charts in other respects[8]:

- It reported the highest percentage prevalence of male victims who experienced non-consensual sexual contact (8%) through force or incapacitation/inability to consent:



- It also reported the highest percentage prevalence of victims who said they suffered incidents of penetration or attempted penetration (13%):



- It had the second highest AAU survey response rate (52%), very close to that of Harvard (53%). In light of the fact that there is a non-trivial cost associated with completing a survey that asks for information about relatively recent trauma, high

---

[8] Anderson, Nick, and Susan Svrluga. "What a Massive Sexual Assault Survey Found at 27 Top U.S. Universities." *The Washington Post*, WP Company, 21 Sept. 2015, www.washingtonpost.com/news/grade-point/wp/2015/09/21/what-a-massive-sexual-assault-survey-showed-about-27-top-u-s-universities/.

AAU survey response rates at universities with high sexual misconduct rates can reasonably be interpreted as indicative of the extent to which anger and concern about the problem outweighs the cost of reporting:



The results of the AAU survey for the prevalence of sexual harassment are even more dramatic. Almost three quarters (74%) of women and over half (55.1%) of all Yale students reported at least one incident of sexual harassment since arriving at Yale.[9] At the graduate level, almost one third (29.5%) of the women reported being harassed by faculty members.[10] Only 5.7% of female graduate & professional students who experienced sexual misconduct reported their experience to a University Program.[11] And more than a quarter (25.5%) of the graduate and professional women who experienced sexual harassment said that they did not report it because they "did not think anything would be done."[12] As the following comparative table shows, both the overall prevalence of sexual harassment at Yale and the percentage of students who don't report because they don't think Yale will do anything in response is significantly higher than at Harvard, and significantly higher than the average of the other institutions surveyed by the AAU in 2015:



---

[9] https://provost.yale.edu/sites/default/files/files/WestatReportYaleUniversity-1.pdf, p. 25
[10] Ibid, p. 7
[11] Ibid, p. 9
[12] https://provost.yale.edu/sites/default/files/files/WestatDataTablesYaleUniversity092115.pdf, Table 5.1b on p. 4

**Data from the 2019 AAU survey**

The 2019 AAU Campus Climate Survey on Sexual Assault and Misconduct was a follow-up to the AAU's 2015 report.

Where the 2015 survey collected data from over 150,000 graduate, undergraduate, and professional students across 27 universities, the 2019 survey collected data from over 180,000 students at 33 institutions, including other private universities that have experienced well-publicized sexual harassment and assault problems, such as Stanford, MIT, and Harvard. Both the 2015 and 2019 surveys were conducted and analyzed by Westat, a leading social science research firm.

Once again, the data clearly reveal that Yale is in a category of its own when it comes to sexual misconduct for both undergraduate and graduate women.

Among the 18 private institutions surveyed, for example, graduate women at Yale reported the highest rate of nonconsensual sexual contact:[13]



2019 AAU Survey: % graduate women reporting non-consensual sexual contact

Yale also had one of the highest rates—5.7%—of students who reported that they were "pressured *not* to report or file a complaint."

---

[13] The charts for the 2019 AAU Survey were obtained by culling data from the individual AAU reports for each institution.

The percentage of students who reported that the university Title IX programs and services were "not at all useful" was 17.4% at Yale – higher than both of the universities with the second and third-highest rates of non-consensual sexual contact for graduate women:



The percentage of students who reported that the offender in sexual harassment cases was "faculty or instructor" was 15.7% at Yale – which was, once again, higher than both of the universities with the second and third-highest rates of non-consensual sexual contact for graduate women:



Yale also made the "top 3" chart for undergraduate women reporting nonconsensual sexual contact at private institutions on the 2019 AAU survey:



And, notably, while the rate of sexual misconduct at many peer universities, such as Harvard, decreased between the 2015 and 2019 AAU survey, the rate of sexual misconduct at Yale *increased* between 2015 and 2019:

