UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN DARIA LANDINO, et al.,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>YALE UNIVERSITY,<br>　　　　　　　　　Defendant. | Case No. 1:22-cv-00675-APM<br><br><br><br><br>March 7, 2025 |

**DEFENDANT YALE UNIVERSITY'S**
**<u>MOTION TO DISMISS</u>**

Defendant Yale University ("Yale") moves this Court to dismiss Plaintiffs' Original Complaint Under Federal False Claims Act pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6). In support of this motion, Yale hereby submits its Memorandum of Points and Authorities in Support of Dismissal, and the Declaration of Jonathan Freiman and accompanying exhibits.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jonathan M. Freiman*
　　　　　　　　　　　　　　　　　　　Jonathan M. Freiman (Bar No. D00322)
　　　　　　　　　　　　　　　　　　　WIGGIN AND DANA LLP
　　　　　　　　　　　　　　　　　　　One Century Tower
　　　　　　　　　　　　　　　　　　　265 Church Street

New Haven, CT 06508
jfreiman@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

*/s/ Jolie Apicella*
Jolie Apicella (Bar No. NY0614)
W<small>IGGIN AND</small> D<small>ANA</small> LLP
437 Madison Avenue
New York, NY 10022
japicella@wiggin.com
Tel.: (212) 551-2844
Fax: (212) 551-2888

*Counsel for Defendant Yale University*

2