IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN DARIA LANDINO, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. Action No.: 1:22-cv-00675-APM |
| v. ) | |
| ) | |
| YALE UNIVERSITY ) | |
| ) | |
| Defendant ) | |
| ) | |

**DECLARATION OF JONATHAN M. FREIMAN**

I, Jonathan M. Freiman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am a partner with the law firm of Wiggin and Dana LLP, and I represent Yale University ("Yale") in the above-captioned matter. I make this declaration in support of Yale's Motion to Dismiss.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the publicly available June 15, 2012 U.S. Department of Education press release announcing the resolution of its 2011 Title IX investigation of Yale, available on Lexis+. The press release is also publicly available at: https://web.archive.org/web/20120621125208/http:/www.ed.gov/news/press-releases/us-department-education-announces-resolution-yale-university-civil-rights-invest.

4. Attached hereto as Exhibit 2 is a true and accurate copy of Yale's publicly available "Title IX at Yale" webpage, which includes, among other things, reports about complaints of sexual misconduct brought to the attention of Yale officials from 2011 through 2021. The webpage is publicly available at: https://titleix.yale.edu/education-outreach/reports-and-data-dashboard/reports.

1

5. Attached hereto as Exhibit 3 is a true and accurate copy of Yale's "Report of Complaints of Sexual Misconduct" from July 1, 2019 through December 31, 2019. The report is publicly available at: https://titleix.yale.edu/sites/default/files/files/Yale-Semi-Annual-Report%20July-Dec%202019.pdf or can be accessed at the link provided in Paragraph 4.

6. Attached hereto as Exhibit 4 is a true and accurate copy of Yale's "Report of Complaints of Sexual Misconduct Brought forward from January 1, 2019 through June 30, 2019." The report is publicly available at:

https://titleix.yale.edu/sites/default/files/files/Sexual%20Misconduct%20Report%20Jan-Jun%202019.pdf or can be accessed at the link provided in Paragraph 4.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the "Academic Sexual Misconduct Database" webpage, which includes publicly available documents or media reports relevant to public cases of academic sexual misconduct. The webpage is publicly available at: https://academic-sexual-misconduct-database.org/index.php/.

8. Attached hereto as Exhibit 6 is a true and accurate copy of Princeton University's "Sexual Misconduct & Title IX" webpage, which contains data, reports, and training materials relating to sexual misconduct. The webpage is publicly available at: https://sexualmisconduct.princeton.edu/reports.

9. Attached hereto as Exhibit 7 is a true and accurate copy of Massachusetts Institute of Technology's Institute Discrimination & Harassment Response Office webpage titled "Annual Reports." The webpage is publicly available at: https://idhr.mit.edu/our-office/annual-reports.

10. Attached hereto as Exhibit 8 is a true and accurate copy of Harvard University's Office of Dispute Resolution webpage titled "Annual Data." The webpage is publicly available at: https://odr.harvard.edu/annual-data.

11. Attached hereto as Exhibit 9 is a true and accurate copy of Stanford University's Office of Vice Provost for Institutional Equity, Access & Community webpage titled "Reports." The webpage is publicly available at: https://equity.stanford.edu/reports.

12. Attached hereto as Exhibit 10 is a true and accurate copy of the Association of American Universities webpage titled "AAUU Campus Climate Survey (2019)." The webpage is publicly available at: https://www.aau.edu/key-issues/campus-climate-and-safety/aau-campus-climate-survey-2019.

13. Attached hereto as Exhibit 11 is a true and accurate copy of the Association of American Universities webpage titled "AAUU Campus Climate Survey on Sexual Assault and Sexual Misconduct (2015)." The webpage is publicly available at: https://www.aau.edu/key-issues/aau-climate-survey-sexual-assault-and-sexual-misconduct-2015.

14. Attached hereto as Exhibit 12 is a true and accurate copy of the August 14, 2019 "Report of Independent Investigation of Sexual Misconduct by Yale Professor D. Eugene Redmond," authored by Deidre M. Daly. The report is publicly available at: https://news.yale.edu/sites/default/files/files/Daly-Report_Aug-14-2019.pdf. It is also publicly available from a link in Yale News, "Yale releases report of independent investigation of sexual misconduct," (Aug. 20, 2019), at https://news.yale.edu/2019/08/20/yale-releases-report-independent-investigation-sexual-misconduct.

15. Attached hereto as Exhibit 13 is a true and accurate copy of the June 11, 2012 Voluntary Resolution Agreement between Yale and the U.S. Department of Education, Office for Civil Rights (OCR) regarding Complaint No. 01-11-2027. The agreement is publicly available at: https://www.ed.gov/media/document/01112027-bpdf-21579.pdf.

16. Attached hereto as Exhibit 14 is a true and accurate copy of Yale's publicly available "Yale Facts" webpage, which includes, among other things, "By the Numbers" data provided by the Office of Institutional Research. The webpage is publicly available at: https://www.yale.edu/about-yale/yale-facts.

17. Attached hereto as Exhibit 15 is a true and accurate copy of the U.S. Department of Education webpage titled "Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools" showing the number of ongoing Title IX investigations at post-secondary schools. The query is publicly available at: https://ocrcas.ed.gov/open-investigations?page=1.

18. Attached hereto as Exhibit 16 is a true and accurate copy of the June 28, 2018 amended letter of finding from OCR to University of North Carolina at Chapel Hill regarding Complaint No. 11-13-2051. The letter is publicly available at: https://www.unc.edu/wp-content/uploads/2018/07/FINAL-AMENDED-R-LOF-UNC-Chapel-Hill-11132051-PDF_Redacted.pdf.

19. Attached hereto as Exhibit 17 is a true and accurate copy of the U.S. Department of Health and Human Services, NIH webpage titled "Funding" showing "NIH Awards by Location & Organization" for University of North Carolina Chapel Hill for fiscal year 2018. The awards by location query is publicly available at: https://report.nih.gov/report-funding.

20. Attached hereto as Exhibit 18 is a true and accurate copy of the U.S. Department of Health and Human Services, NIH webpage titled "Funding" showing "NIH Awards by Location & Organization" for University of North Carolina Chapel Hill for fiscal year 2019. The awards by location query is publicly available at: https://report.nih.gov/report-funding.

21. Attached hereto as Exhibit 19 is a true and accurate copy of the September 21, 2015 letter of finding from OCR to the University of Virginia regarding Review No. 11-11-6001. The letter is publicly available at: https://www.ed.gov/sites/ed/files/documents/press-releases/university-virginia-letter.pdf.

22. Attached hereto as Exhibit 20 is a true and accurate copy of the U.S. Department of Health and Human Services, NIH webpage titled "Funding" showing "NIH Awards by Location & Organization" for University of Virginia for fiscal year 2015. The awards by location query is publicly available at: https://report.nih.gov/report-funding.

23. Attached hereto as Exhibit 21 is a true and accurate copy of the U.S. Department of Health and Human Services, NIH webpage titled "Funding" showing "NIH Awards by Location & Organization" for University of Virginia for fiscal year 2016. The awards by location query is publicly available at: https://report.nih.gov/report-funding.

24. Attached hereto as Exhibit 22 is a true and accurate copy of the June 15, 2012 letter of finding from OCR to Yale regarding Complaint No. 01-11-2027. The letter is publicly available at: https://www.ed.gov/media/document/01112027-apdf-21578.pdf.

25. Attached hereto as Exhibit 23 is a true and accurate copy of the Yale Daily News article titled "Yale fined $165,000 for Clery Act violations" authored by Cynthia Hua and Julia Zorthian and published on May 17, 2013. The article is publicly available at: https://yaledailynews.com/blog/2013/05/17/after-seven-year-investigation-yale-fined-165000-for-clery-act-violations/.

26. Attached hereto as Exhibit 24 is a true and accurate copy of the Campus Safety Magazine article titled "Dept. of Ed Reduces Clery Fine for Yale" published on July 17, 2013.

The article is publicly available at: https://www.campussafetymagazine.com/news/dept-of-ed-reduces-clery-fine-for-yale/11570.

27.     Attached hereto as Exhibit 25 is a true and accurate copy of The Chronicle of Higher Education's Title IX Sexual Assault Investigation Tracker webpage specific to Yale. The webpage is publicly available at: https://projects.chronicle.com/titleix/campus/Yale-University/.

28.     Attached hereto as Exhibit 26 is a true and accurate copy of the Yale Alumni Magazine article titled "Federal government ends Title IX investigation" authored by Neena Satija and published in the July/August 2012 issue. The article is publicly available at: https://yalealumnimagazine.org/articles/3465.

29.     Attached hereto as Exhibit 27 is a true and accurate copy of the Yale Daily News article titled "Department of Education ends Title IX investigation" authored by Gavan Gideon and Caroline Tan and published on June 15, 2012. The article is publicly available at: https://yaledailynews.com/blog/2012/06/15/department-of-education-ends-title-ix-investigation/.

30.     Attached hereto as Exhibit 28 is a true and accurate copy of the NBC Connecticut article titled "Yale Sex Discrimination Complaint Resolved" published on June 15, 2012. The article is publicly available at: https://www.nbcconnecticut.com/news/local/department-of-ed-yale-reach-agreement-on-title-ix-allegations/1905644/.

31.     Attached hereto as Exhibit 29 is a true and accurate copy of the CNN article titled "Yale settles sexual harassment complaint" authored by David Ariosto and Leigh Remizowski and published on June 19, 2012. The article is publicly available at: https://www.cnn.com/2012/06/15/justice/connecticut-yale-settlement/index.html. The article is also available on Lexis+.

6

32. Attached hereto as Exhibit 30 is a true and accurate copy of The Christian Science Monitor article titled "Yale settles Title IX complaint, launches new sexual misconduct policies" authored by Stacey Teicher Khadaro and published on June 15, 2012. The article is publicly available at: https://www.csmonitor.com/USA/Justice/2012/0615/Yale-settles-Title-IX-complaint-launches-new-sexual-misconduct-policies. The article is also available on Westlaw (2012 WLNR 12589454) and Lexis+.

33. Attached hereto as Exhibit 31 is a true and accurate copy of the TIME article titled "Yale Settles Charges of Sexual Discrimination" authored by Kayla Webley and published on June 15, 2012. The article is publicly available at:

https://newsfeed.time.com/2012/06/15/yale-settles-charges-of-sexual-discrimination/.

34. Attached hereto as Exhibit 32 is a true and accurate copy of the Yale Daily News article titled "BREAKING: DOE's Office for Civil Rights to investigate Yale for 'hostile sexual environment'" authored by Jordi Gassó and published on March 31, 2011. The article is publicly available at: https://yaledailynews.com/blog/2011/03/31/breaking-does-office-for-civil-rights-to-investigate-yale-for-hostile-sexual-environment/.

35. Attached hereto as Exhibit 33 is a true and accurate copy of the Yale Daily News article titled "Students revive sexual misconduct allegations against three Yale professors" authored by Hailey Fuchs and Adelaide Feibel and published on December 16, 2017. The article is publicly available at: https://yaledailynews.com/blog/2017/12/16/students-organize-response-to-saloveys-e-mail-on-sexual-misconduct/.

36. Attached hereto as Exhibit 34 is a true and accurate copy of the New York Times article titled "After a Professor is Cleared of Sexual Harassment, Critics Fear 'Cultural Silence' at Yale" authored by Noah Remnick and published on July 8, 2016. The article is publicly

7

available at: https://www.nytimes.com/2016/07/09/nyregion/a-yale-professor-is-cleared-of-sexual-harassment-but-concerns-linger.html#:~:text=concerns%2Dlinger.html-,After%20a%20Professor%20Is%20Cleared%20of%20Sexual%20Harassment,Fear%20'Cultural%20Silence'%20at%20Yale&text=When%20Thomas%20Pogge%20came%20to,been%20struggling%20in%20recent%20years. The article is also available on Lexis+.

37. Attached hereto as Exhibit 35 is a true and accurate copy of the Yale Daily News article titled "Open Secrets: #MeToo in the Med School" authored by Marek Ramilo and published on November 5, 2018. The article is publicly available at:

https://features.yaledailynews.com/blog/2018/11/05/open-secrets-metoo-in-the-med-school/.

38. Attached hereto as Exhibit 36 is a true and accurate copy of the New York Times article titled "Yale Medical School Removes Doctor After Sexual Harassment Finding" authored by Tamar Lewin and published on November 14, 2014. The article is publicly available at:

https://www.nytimes.com/2014/11/15/us/yale-medical-school-sexual-harassment.html. The article is also available on Lexis+.

39. Attached hereto as Exhibit 37 is a true and accurate copy of the Yale Daily News article titled "Stripped of endowed chair, Simons files lawsuit against Yale" authored by Serena Cho and Marisa Peryer and published on October 22, 2018. The article is publicly available at:

https://yaledailynews.com/blog/2018/10/22/stripped-of-endowed-chair-simons-files-lawsuit-against-yale/.

40. Attached hereto as Exhibit 38 is a true and accurate copy of the CNN article titled "Former Yale professor sexually assaulted five students, report says" authored by Rob Frehse and published on August 22, 2019. The article is publicly available at:

https://www.cnn.com/2019/08/21/us/yale-misconduct-report/index.html. The article is also available on Lexis+.

41.     Attached hereto as Exhibit 39 is a true and accurate copy of the Yale Daily News article titled "Bagley discrimination lawsuit dismissed" authored by Ryan Gittler and published on February 22, 2017. The article is publicly available at:

https://yaledailynews.com/blog/2017/02/22/bagley-discrimination-lawsuit-dismissed/.

42.     Attached hereto as Exhibit 40 is a true and accurate copy of the Yale Daily News article titled "Spanish, Portuguese department faces budget woes, chilly environment" authored by Emma Platoff and published on November 20, 2014. The article is publicly available at:

https://yaledailynews.com/blog/2014/11/20/spanish-portuguese-department-faces-budget-woes-chilly-environment/.

43.     Attached hereto as Exhibit 41 is a true and accurate copy of the Yale Daily News article titled "Former Spanish prof alleges sexual harassment, retaliatory firing in lawsuit" authored by Rachel Treisman and published on July 7, 2017. The article is publicly available at:

https://yaledailynews.com/blog/2017/07/07/former-spanish-prof-alleges-sexual-harassment-retaliatory-firing-in-lawsuit/#:~:text=Susan%20Byrne%2C%20a%20former%20professor%20in%20the%20Spanish,was%20denied%20tenure%20for%20speaking%20out%20against%20it.

44.     Attached hereto as Exhibit 42 is a true and accurate copy of the Yale Daily News article titled "Yale participates in national sexual climate survey" authored by Serena Cho and published on February 5, 2019. The article is publicly available at:

https://yaledailynews.com/blog/2019/02/05/ct-open-leaves-new-haven/.

45.     Attached hereto as Exhibit 43 is a true and accurate copy of the New Haven Register article titled "Yale above average in nationwide survey of sexual assault reports" authored by Ed Stannard and updated on October 15, 2019. The article is publicly available at: https://www.nhregister.com/news/article/Yale-above-average-in-nationwide-survey-of-sexual-14536943.php. The article is also available on Westlaw (2019 WLNR 31172173).

46.     Attached hereto as Exhibit 44 is a true and accurate copy of the New Haven Register article titled "Yale student gets probation in assault" published on November 3, 2006, available on Lexis+.

47.     Attached hereto as Exhibit 45 is a true and accurate copy of the New York Post article titled "YALE SEX SUIT" authored by Denise Buffa and published on May 1, 2007. The article is publicly available at: https://nypost.com/2007/05/01/yale-sex-suit/. The article is also available on Westlaw (2007 WLNR 8222945) and Lexis+.

48.     Attached hereto as Exhibit 46 is a true and accurate copy of NIH's "NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution" webpage. The webpage is publicly available at: https://grants.nih.gov/policy-and-compliance/policy-topics/harassment/allegation-process.

Executed on: March 7, 2025
New Haven, Connecticut

                                          /s/ Jonathan M. Freiman
                                          Jonathan M. Freiman