# EXHIBIT 2

Yale University

# Title IX at Yale

HOME  >  EDUCATION & OUTREACH  >  REPORTS AND DATA DASHBOARD  >  ANNUAL REPORTS

## Reports

The following reports include information about complaints of sexual misconduct brought to the attention of University officials and the actions taken by the University to address those complaints.

In an effort to provide greater transparency and to raise community awareness about the prevalence and nature of incidences disclosed, the Title IX Office has published semi-annual reports containing de-identified information regarding sexual misconduct disclosures and the actions taken by the University to address them. Those reports are found on this page under "Complaints of Sexual Misconduct." In February 2023, the Title IX Office launched a new data dashboard which is now the primary mechanism for presenting this information. The data dashboard was implemented in response to community feedback on the university's reporting initiatives and provides an interactive and accessible way for the community to learn more about Title IX-related response resources. The data dashboard is available on our website. (https://titleix.yale.edu/education-outreach/reports-and-data-dashboard/data-dashboard)

## Complaints of Sexual Misconduct:

- **2021**
  - Report: January 1, 2021 through December 31, 2021 (/sites/default/files/files/Sexual%20Misconduct%20Report%20Jan-Dec%202021.pdf)
- **2020**
  - Report: July 1, 2020 through December 31, 2020 (/sites/default/files/files/Yale-Semi-Annual_Report%20Jul-Dec2020.pdf)
  - Report: January 1, 2020 through June 30, 2020 (/sites/default/files/files/Yale-Semi-Annual-Report%20Jan-Jun2020.pdf)
- **2019**
  - Report: July 1, 2019 through December 31, 2019 (/sites/default/files/files/Yale-Semi-Annual-Report%20July-Dec%202019.pdf)
  - Report: January 1, 2019 through June 30, 2019 (/sites/default/files/files/Sexual%20Misconduct%20Report%20Jan-Jun%202019.pdf)
- **2018**

- Report: July 1, 2018 through December 31, 2018 (/sites/default/files/files/Sexual%20Misconduct%20Report%20Jul-Dec%202018.pdf)
- Report: January 1, 2018 through June 30, 2018 (/sites/default/files/files/August%202018%20Sexual%20Misconduct%20Report.pdf)

- **2017**
  - Report: July 1, 2017 through December 31, 2017 (/sites/default/files/files/FINAL%20February%202018%20Report(1).pdf)
  - Report: January 1, 2017 through June 30, 2017 (/sites/default/files/files/August%202017%20Report.pdf)
- **2016**
  - Report: July 1, 2016 through December 31, 2016 (/sites/default/files/files/Feb-2017-Report.pdf)
  - Report: January 1, 2016 through June 30, 2016 (/sites/default/files/files/August-2016-Report.pdf)
- **2015**
  - Report: July 1, 2015 through December 31, 2015 (/sites/default/files/files/February-2016-Report.pdf)
  - Report: January 1, 2015 through June 30, 2015 (/sites/default/files/files/July2015_Report_FINAL.pdf)
- **2014**
  - Report (/sites/default/files/files/Final_Jan2015_Report.pdf) : July 1, 2014 through December 31, 2014 (/sites/default/files/files/Final_Jan2015_Report.pdf)
  - Report: January 1, 2014 through June 30, 2014 (/sites/default/files/files/FINAL_Jul2014_Report.pdf)
- **2013**
  - Report: July 1, 2013 through December 31, 2013 (/sites/default/files/files/FINAL_SexualMisconductReport_Feb32014-1.pdf)
  - Report: January 1, 2013 through June 30, 2013 (/sites/default/files/files/July2013Report.pdf)
    - Yale University Statement regarding the Report of Complaints of Sexual Misconduct Brought Forward from January 1, 2013 through June 30, 2013 (/sites/default/files/files/Yale%20University%20Statement_08_02_13(1).pdf)
    - Sexual Misconduct Scenarios (/sites/default/files/files/Sexual-Misconduct-Scenarios_Sept2013.pdf) (September 2013)
- **2012**
  - Report: July 1, 2012 through December 31, 2012 (/sites/default/files/files/FINAL_Jan2013_Report_Sexual_Misconduct_Complaints_1-31-13.pdf)
  - Report: January 1, 2012 through June 30, 2012 (/sites/default/files/files/Final_Report_Sexual_Misconduct_Complaints_7-31-2012.pdf)
- **2011**
  - Report: July 1, 2011 through December 31, 2011 (/sites/default/files/files/Final_Report_Sexual_Misconduct_Complaints_1-29-2012.pdf)

## Other Title IX-related Reports

- Yale Internal Reports

- Report of the 2012-13 Campus Sexual Climate Assessment (2013) (/sites/default/files/files/Final_Climate_Report_5-15-13.pdf)
- Response from the President to the Advisory Committee on Campus Climate (2011) (/sites/default/files/files/Levin_Response_to_Advisory_Committee_Campus_Climate_Nov2011.pdf)
- Report of the Advisory Committee on Campus Climate (2011) (/sites/default/files/files/Report_Advisory_Committee_Campus_Climate_Sept2011.pdf)
- Report of the Committee on Sexual Misconduct (2010) (/sites/default/files/files/Report%20from%20the%20Sexual%20Misconduct%20Committee%202010.pdf)
- Report of the Task Force on Sexual Misconduct Education and Prevention (2010) (/sites/default/files/files/Report%20of%20the%20Task%20Force%20on%20Sexual%20Misconduct%20Education%20and%20Prevention-1.pdf)
- Report of the Yale University Women Faculty Forum Council on Sexual Misconduct at Yale (2009) (/sites/default/files/files/WFFReportonSexualMisconductatYale_2009.pdf)
- Report of the Committee on Sexual Harassment and Assault Prevention Education in Yale College (2008) (/sites/default/files/files/shape_cmte_report_2008.pdf)

- Reports to External Entities

  - Report for 2023 Pursuant to C.G.S. 10a-55m(f) (2024) (/sites/default/files/files/Yale%20University%20PA%2014-11%20Report%20for%20Calendar%20Year%202023.pdf)
  - Report for 2022 Pursuant to C.G.S. 10a-55m(f) (2023) (/sites/default/files/files/Yale%20University%20PA%2014-11%20Report%20for%20Calendar%20Year%202022.pdf)
  - Report for 2021 Pursuant to C.G.S. 10a-55m(f) (2022) (https://www.cga.ct.gov/hed/related/20221001_PA%2014-11%202022%20Annual%20Reports%20to%20the%20Higher%20Education%20Committee/Yale%20University.pdf)
  - Report for 2020 Pursuant to C.G.S. 10a-55m(f) (2021) (https://www.cga.ct.gov/hed/related/20211001_PA%2014-11%202021%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University.pdf)
  - Report for 2019 Pursuant to C.G.S. 10a-55m(f) (2020) (https://www.cga.ct.gov/hed/related/20201001_PA%2014-11%202020%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University.pdf)
  - Report for 2018 Pursuant to C.G.S. 10a-55m(f) (2019) (https://www.cga.ct.gov/hed/related/20190925_PA%2014-11%202019%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University.pdf)
  - Report for 2017 Pursuant to C.G.S. 10a-55m(f) (2018) (https://www.cga.ct.gov/hed/related/20181001_PA%2014-11%202018%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University.pdf)
  - Yale Athletics Equity in Athletics Disclosure Act (EADA) report (2017) (https://yalebulldogs.com/documents/2021/10/11/2021_EADA_Report_Draft.pdf)
  - Report for 2016 Pursuant to C.G.S. 10a-55m(f) (2017) (https://www.cga.ct.gov/hed/related/20171001_PA%2014-11%202017%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University.pdf)

- Report for 2015 Pursuant to C.G.S. 10a-55m(f) (2016) (https://www.cga.ct.gov/hed/related/20161001_PA%2014-11%202016%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale.pdf)
- Report for 2014 Pursuant to C.G.S. 10a-55m(f) (2015) (https://www.cga.ct.gov/hed/related/20151001_PA%2014-11%202015%20Annual%20Reports%20to%20Higher%20Education%20Committee/Yale%20University%202015.pdf)

| | | |
|---|---|---|
| | Assistance & Support | **Title IX Office** |
| | Reporting Options | titleix@yale.edu |
| Accessibility at Yale · Privacy policy | Policies & Definitions | 203-432-6854 (M-F 9-5) |
| Copyright © 2022 Yale University · All rights reserved | Education & Outreach | 82-90 Wall St., Floor 4. |
| Managed by the Title IX Office | Pregnancy & Parenting | New Haven, CT 06511 |
| | About | |