# EXHIBIT 3

Yale University

# Report of Complaints of Sexual Misconduct

**Brought forward**

**July 1, 2019 through December 31, 2019**

**June 29, 2020**

**Title IX Office**
provost.yale.edu/title-ix
titleix@yale.edu
203-432-6854

# Contents

Introduction.................................................................................................... 4

Guide to this report ..................................................................................... 5

Definitions ..................................................................................................... 6

Statistical summary of complaints ........................................................... 7

Response to a report or complaint of sexual misconduct ................................... 10

Complaint outcomes ................................................................... 10

Descriptive summaries of complaints.................................................... 12

A. University-Wide Committee on Sexual Misconduct ................................. 12

B. Title IX Coordinators................................................................. 14

B.1. Complaints pursued through a Title IX Coordinator..................... 14

B.2. Complaints where the complainant chose not to

pursue any action ................................................................. 23

C. Yale Police Department ................................................................. 24

Terminology commonly used in this report ......................................... 27

Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

## Figures

Figure 1. Complaints of sexual misconduct brought forward between
July 1, 2011 and December 31, 2019........................................................ 6

Figure 2. Complaints of sexual misconduct categorized by behavior.................... 9

Figure 3. Sexual misconduct by complainant affiliation ......................................... 10

Figure 4. Sexual misconduct by respondent affiliation ......................................... 11

Figure 5. Complainant-focused outcomes by complainant affiliation................. 13

Figure 6. Respondent-focused outcomes by respondent affiliation ................... 14

## Tables

Table 1. Sexual misconduct complaints by university affiliation.......................... 10

Table 2. Sexual misconduct complaints by gender configuration....................... 11

Table 3. Sexual misconduct complaints by office or committee. ........................ 12

Table 4. Complaints pursued through the University-Wide
Committee on Sexual Misconduct (UWC)................................................. 15

Table 5. Complaints pursued through a Title IX Coordinator............................... 17

Table 6. Updates to cases previously reported. .................................................... 25

Table 7. Complaints where the complainant chose not to pursue any action....... 26

Table 8. Complaints pursued through the Yale Police Department. ..................... 27

## Introduction

Yale University is committed to cultivating a culture of respect and inclusion where all members of our community can safely and productively pursue their academic and professional aspirations—a culture where sexual misconduct has no place. Broad community awareness and strong community engagement are essential to the realization of that commitment.

The publication of the semi-annual report of complaints of sexual misconduct is one of a number of University initiatives intended to provide the community with information that will raise awareness and stimulate the critical engagement necessary to advance our response and prevention initiatives and effect cultural change. The current report presents information about 129 complaints of sexual misconduct that were brought to the attention of the University-Wide Committee on Sexual Misconduct, the Title IX Coordinators, and the Yale Police Department between July 1, 2019 and December 31, 2019. It also includes updates on complaints that were presented in previous reports.

As Figure 1 below shows, the number of complaints brought to the University's attention during the 2019 fall semester is lower than the three prior reporting periods; however; it is consistent with the increased level of reporting that began in the fall of 2017. It has been our hope that the sustained increase in the number of complaints described in the semi-annual reports

**FIGURE 1**. Complaints of sexual misconduct brought forward between July 1, 2011 and December 31, 2019. Colors represent the university office/committee that primarily handled the complaint.



**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

reflects increasing community awareness of University procedures and resources.

The results from the 2019 Association of American Universities Campus Sexual Climate Survey (the 2019 AAU Survey), in which Yale participated along with 32 peer institutions, provided support for that assumption. In 2019, students consistently reported greater familiarity with and use of our resources than they did in the 2015 AAU Survey. However, the 2019 AAU Survey results also showed that rates of sexual misconduct remain high on our campus, and many incidents are never reported. We clearly have more work to do to eliminate barriers to reporting and, more importantly, to address the underlying prevalence of sexual misconduct on our campus. A number of specific actions aimed at achieving those ends are described in the introduction to the 2019 AAU Survey report (available at https://provost.yale.edu/title-ix/reports), and we look forward to continuing to work with the community to pursue these actions and identify additional ways to combat sexual misconduct at Yale.

In closing, I must convey my gratitude to the many individuals whose commitment and expertise guide and support the University's initiatives to address sexual misconduct, to the students who participated in the AAU Survey, and to the many members of the Yale community who engage actively and thoughtfully in our efforts to make our campus a better place.

I hope that this report, like its predecessors, will stimulate conversation and suggestions about ways to improve our programs and to cultivate a safe, respectful, inclusive campus climate. As always, I welcome your comments, suggestions, and questions about the report (titleix@yale.edu or 203-432-6854).

Stephanie Spangler
June 29, 2020

## Guide to this report

This report includes both statistical and descriptive summaries of the complaints brought forward within this reporting period (July 1 – December 31, 2019), organized according to the office or committee that primarily addressed the complaint: the University-Wide Committee on Sexual Misconduct (UWC), the Title IX Coordinators, and the Yale Police Department (YPD).

While intended to be broadly informative, this report does have limitations. Due to privacy obligations, this report cannot fully convey the variety and complexity of circumstances associated with cases that may appear similar in the brief narrative descriptions. Likewise, this report assigns complaints to general categories such as "sexual assault" and "sexual harassment" that encompass broad ranges of behavior.

We have included key definitions and terminology in this report, so that readers can understand what behaviors may be included in any category. Readers can find comprehensive information about Yale's policies, definitions and procedures at the Sexual Misconduct Response and Prevention website.

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

## DEFINITIONS

For more information on Yale's sexual misconduct policies and definitions, go to the Sexual Misconduct Response and Prevention website.

**Sexual assault** is any kind of nonconsensual sexual contact, including rape, groping, or any other form of nonconsensual sexual touching[1].

Sexual activity requires **affirmative consent**, which is defined as positive, unambiguous, and voluntary agreement to engage in specific sexual activity throughout a sexual encounter.

Consent cannot be inferred from the absence of a "no." A clear "yes," verbal or otherwise, is necessary. Consent to some sexual acts does not constitute consent to others, nor does past consent to a given act constitute present or future consent. Consent must be ongoing throughout a sexual encounter and can be revoked by any participant at any time.

Consent cannot be obtained by threat, coercion, or force. Agreement under such circumstances does not constitute consent.

Consent cannot be obtained from someone who is asleep or otherwise mentally or physically incapacitated, whether due to alcohol, drugs, or some other condition.

A person is mentally or physically incapacitated when that person lacks the ability to make or act on considered decisions to engage in sexual activity. Engaging in sexual activity with a person whom you know —or reasonably should know —to be incapacitated constitutes sexual misconduct.

**Intimate partner violence (IPV)** occurs when a current or former intimate partner uses or threatens physical or sexual violence. IPV also may take the form of a pattern of behavior that seeks to establish power and control by causing fear of physical or sexual violence. Stalking may also constitute IPV.

**Sexual harassment** consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when:

**(1)** submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or

**(2)** submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or

**(3)** such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior.

**Stalking** is repeated or obsessive unwanted attention directed toward an individual or group that is likely to cause alarm, fear, or substantial emotional distress. Stalking may take many forms, including following, lying in wait, monitoring, and pursuing contact.

Stalking may occur in person or through a medium of communication, such as letters,

---

[1] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a broader geographic jurisdiction than in the Clery report.

e-mail, text messages, or telephone calls. In some circumstances, two instances of such behavior may be sufficient to constitute stalking.

**Other** includes a range of prohibited behaviors that do not fall into the categories above. Examples include voyeurism, audio-visual recording of sexual activity without consent, retaliation, and violations of the Policy on Teacher-Student Consensual Relations.

## Statistical summary of complaints[2]

The statistics below include all complaints of sexual misconduct brought forward within this reporting period (July 1 – December 31, 2019), regardless of when the alleged events occurred. The tables and charts below do not include complaints presented as updates in this report since these complaints were already included in the statistical summaries of previous reports. Complaints involving more than one allegation of sexual misconduct are listed only once.

The **complainant** is the person(s) who reported having experienced misconduct, or, in the case of third-party complaints, the person(s) who were reported to have experienced it. The **respondent** is the person(s) alleged to have committed the misconduct.

---

[2] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a broader geographic jurisdiction than in the Clery report.

**FIGURE 2**. Complaints of sexual misconduct brought forward July 1 through December 31, 2019 categorized by behavior (see Table 1 for more detail).



## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 1**. Sexual misconduct complaints by university affiliation.

| | | Yale College Student | Grad & Prof Stdnt | Staff | Post-doc | Faculty | Yale Affiliate | Non-Yale | Unknown | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | \multicolumn{9}{c|}{**University Affiliation**} | |
| Sexual Assault | Complainant | 32 | 2 | 0 | 1 | 0 | 0 | 3 | 0 | 38 |
| | Respondent | 30 | 1 | 0 | 0 | 2 | 0 | 2 | 3 | |
| Intimate Partner Violence | Complainant | 7 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 8 |
| | Respondent | 5 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | |
| Sexual Harassment | Complainant | 30 | 13 | 4 | 0 | 6 | 4 | 2 | 1 | 60 |
| | Respondent | 17 | 5 | 4 | 1 | 19 | 3 | 9 | 2 | |
| Stalking | Complainant | 5 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 11 |
| | Respondent | 3 | 1 | 0 | 1 | 0 | 0 | 6 | 0 | |
| Other | Complainant | 4 | 2 | 5 | 0 | 0 | 0 | 1 | 0 | 12 |
| | Respondent | 2 | 0 | 1 | 0 | 2 | 1 | 3 | 3 | |
| | | | | | | | | | TOTAL | 129 |

**FIGURE 3**. Sexual misconduct by complainant affiliation (see Table 1 for more detail).

**Sexual Assault**: 84% of complainants were Yale College students.

**Sexual Harassment**: 50% of complainants were Yale College students; 22% were Graduate and Professional students.

**Intimate Partner Violence and Stalking**: 63% of complainants were Yale College students.



provost.yale.edu/title-ix

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

**FIGURE 4**. Sexual misconduct by respondent affiliation (see Table 1 for more detail).

**Sexual Assault**: 78% of respondents were Yale College students.

**Sexual Harassment**: 32% of respondents were faculty, 28% were Yale College students.

**Intimate Partner Violence and Stalking**: 42% of respondents were not Yale affiliated and 42% were Yale College students.



**TABLE 2**. Sexual misconduct complaints by gender configuration.

<table>
<tr><td rowspan="2"></td><td rowspan="2"></td><td colspan="6" align="center">Complainant gender</td></tr>
<tr><td>Female</td><td>Male</td><td>Other Gender Identity</td><td>Multiple Complainants of Mixed Gender</td><td>Gender Not Known</td><td>TOTAL</td></tr>
<tr><td rowspan="6">Respondent gender</td><td>Female</td><td>4</td><td>5</td><td>0</td><td>0</td><td>5</td><td>14</td></tr>
<tr><td>Male</td><td>51</td><td>5</td><td>0</td><td>1</td><td>12</td><td>69</td></tr>
<tr><td>Other Gender Identity</td><td>0</td><td>0</td><td>0</td><td>0</td><td>0</td><td>0</td></tr>
<tr><td>Multiple Respondents of Mixed Gender</td><td>0</td><td>0</td><td>0</td><td>1</td><td>0</td><td>1</td></tr>
<tr><td>Gender Not Known</td><td>25</td><td>3</td><td>0</td><td>0</td><td>17</td><td>45</td></tr>
<tr><td>TOTAL</td><td>80</td><td>13</td><td>0</td><td>2</td><td>34</td><td>129</td></tr>
</table>

**NOTE**: The genders in the table above are sourced from institutional records and reflect the gender identity provided by the party. If this data was unavailable or a party was unknown or unidentified, they are included above as "Gender Not Known."

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 3**. Sexual misconduct complaints by office or committee.

| | | Office or committee that addressed the complaint | | | |
|---|---|---|---|---|---|
| | | University-Wide Committee | Title IX Coordinator | Yale Police Department | TOTAL |
| Category of sexual misconduct reported | Sexual Assault | 8 | 27 | 3 | 38 |
| | Intimate Partner Violence | 0 | 5 | 3 | 8 |
| | Sexual Harassment | 0 | 59 | 1 | 60 |
| | Stalking | 1 | 8 | 2 | 11 |
| | Other | 0 | 8 | 4 | 12 |
| | TOTAL | 9 | 107 | 13 | 129 |

## Response to a report or complaint of sexual misconduct

Upon receiving notice of a complaint or an allegation of sexual misconduct, University officials seek, as their first priority, to address the safety and well-being of any impacted individuals.

After any immediate needs have been met, complainants are provided with information on available supportive measures and options for pursuing a complaint – including formal and criminal processes – as well as information about support resources such as the Sexual Harassment and Assault Response & Education Center (SHARE).

**Whenever possible, it is the complainant who decides whether or not to pursue a complaint, and in what venue**. In rare circumstances, such as those involving risks to the safety of individuals and/or the community, the University may take additional action independently of the wishes of an individual complainant.

### COMPLAINT OUTCOMES

Figures 5 and 6 below present a summary of the actions taken in response to the complaints reported during the July 1 – December 31, 2019 reporting period. These actions (or "outcomes") are discussed in more detail in the descriptive

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

summaries section of this report.

Some outcomes are primarily complainant-focused, such as accommodations and other supportive measures, which are offered to complainants in all cases. Title IX Coordinators work directly with complainants to identify supportive measures that meet their needs. Other outcomes are primarily respondent-focused and may reflect a non-disciplinary action requested by the complainant and agreed to by the respondent (e.g., counseling or additional training). Respondent-focused outcomes

may also be a result of a disciplinary or other investigative process (e.g., UWC sanction or YPD action) or may be a measure to protect the safety of all parties and/or the educational environment (e.g., campus restrictions for non-Yale affiliates).

Note that the outcomes shown in the figures below do not represent the full range of available outcomes – for more information on accommodations and other supportive measures, please visit the smr.yale.edu website.

**FIGURE 5.** Complainant-focused outcomes by complainant affiliation (see descriptive summaries for more information).



**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

FIGURE 6. Respondent-focused outcomes by respondent affiliation (see descriptive summaries for more information).



## Descriptive summaries of complaints

The descriptive summaries of complaints are organized in tables below according to the office or committee that reviewed and addressed the complaints. Although a complaint may be brought to multiple venues, each complaint is described only once in this report, based on which venue primarily addressed the complaint.

The University-Wide Committee on Sexual Misconduct (UWC), Title IX Coordinators, and Yale Police Department routinely collaborate and coordinate their activities to ensure that complaints are resolved promptly and equitably. All reports of sexual misconduct brought to the YPD, for example, are reviewed by the University

Title IX Coordinator; similarly, all reports of possible criminal activity brought to the Title IX Coordinators (including those reported via the UWC) are shared with the YPD.

### A. UNIVERSITY-WIDE COMMITTEE ON SEXUAL MISCONDUCT

The following complaints were pursued through the UWC formal complaint process.

The UWC process involves an investigation by an impartial fact-finder, a hearing, adjudication, and possible disciplinary sanctions. See the UWC Procedures for more information.

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 4**. Complaints pursued through the University-Wide Committee on Sexual Misconduct (UWC).

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual activity without consent. The UWC did not find sufficient evidence to support the allegation. |
| Yale College Student | Yale College Student | Stalking | A YC student alleged that another YC student engaged in stalking and intimate partner violence and violated a no-contact order. The UWC found sufficient evidence to support the allegation of intimate partner violence. The respondent was reprimanded. No-contact restrictions were continued. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that during an otherwise consensual encounter another YC student removed a condom during sexual intercourse without consent. The UWC found sufficient evidence to support the allegation. The respondent was put on probation for the remainder of the respondent's affiliation with Yale and required to complete training on sexual consent and appropriate conduct. No-contact restrictions were continued. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual penetration without consent. The UWC did not find sufficient evidence to support the allegation. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual activity without consent. The UWC did not find sufficient evidence to support the allegation. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual penetration and other sexual activity without consent. The case is pending. |
| Yale College Student | Yale College Student | Sexual Assault | A YC student alleged that another YC student engaged in sexual penetration without consent. The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual penetration without consent. The case is pending. |
| Postdoctoral Trainee | Faculty Member | Sexual assault | A postdoctoral trainee alleged that a faculty member engaged in sexual touching without consent. The respondent left the university with the disciplinary charge pending. Should the respondent apply to return to Yale, eligibility for employment will be conditioned on the university's resolution of any outstanding complaint. |

## B. TITLE IX COORDINATORS

The following complaints were brought forward to either the University Title IX Coordinator or a Deputy Title IX Coordinator (any of whom are referred in this Report as "Title IX Coordinator").

**The choice to pursue a resolution through a Title IX Coordinator does not imply the matter is less serious than those matters pursued through formal processes**, nor does it preclude the complainant from choosing to bring a formal complaint at a later date.

Title IX Coordinators do not conduct formal hearings. However, depending on the affiliation of the parties, they may investigate complaints to the degree possible and work with the complainant, the respondent, and, where appropriate, the respondent's supervisor to achieve a resolution of the complaint, which may include sanctions for respondents who are staff members and remedies and ongoing accommodations (academic, residential, extra-curricular, etc.), for the parties. They may also put in place protective measures, and provide other forms of practical assistance that address the needs of the parties and seek to ensure their continued and equal access to educational/professional opportunities at Yale.

In making their determinations and recommendations, the Title IX Coordinators strive to comply with the complainant's wishes for resolution while ensuring that the University provides a safe and nondiscriminatory environment for all members of the Yale community. See the Title IX website for more information.

During this reporting period (July 1 – December 31, 2019), there were 107 cases brought forward to a Title IX Coordinator. In addition, below are updates to complaints that were reported as pending in a previous report.

## B.1. COMPLAINTS PURSUED THROUGH A TITLE IX COORDINATOR

Table 5 presents complaints that were pursued through a Title IX Coordinator and describes the actions that the Coordinator took to address the complaint. While the specific actions vary from case to case, Title IX Coordinators respond to complaints by addressing any immediate concerns a complainant may have, connecting impacted parties with appropriate resources, ensuring that complainants are fully aware of the options available for further action, and helping to facilitate those actions. In some of these cases, the complainant requested supportive measures that could be taken without providing notice of the complaint to the respondent (e.g., academic/workplace accommodations). In cases where a complainant does not pursue a complaint, the Coordinator may implement measures without involving or identifying the complainant to address general climate issues or to prevent recurrence of the misconduct, and will attempt to consult with the complainant prior to taking any action. These cases are also presented in Table 5.

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made inappropriate comments to the complainant and other students.  The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent.  A Title IX Coordinator implemented academic accommodations for the complainant and referred the complainant to other University resources. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent.  After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct. |
| Yale College Student | Yale College Student | Intimate partner violence | A YC student reported experiencing threatening behaviors by another YC student with whom the complainant had been in a relationship.  A Title IX Coordinator facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Other | A YC student reported experiencing retaliatory behavior by another YC student with whom the complainant had been in a relationship.  An administrator, in consultation with the Title IX Coordinator, counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported experiencing sexual assault by another YC student.  A Title IX Coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent.  The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent.  An administrator, in consultation with the Title IX Coordinator, facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent.  After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct and implemented residential accommodations for another student who was impacted. |

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching without consent. After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct, implemented academic accommodations for the complainant, and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent. After consulting with the complainant, the Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching without consent. After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct and implemented residential accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. A Title IX Coordinator implemented residential accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made inappropriate comments on a number of occasions. After consulting with the complainant, an administrator, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct and implemented residential accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported experiencing sexual assault by another YC student. A Title IX Coordinator implemented academic accommodations for the complainant. |

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student paid unwanted attention to the complainant on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct, facilitated a no-contact agreement between the parties, and implemented academic accommodations for the respondent. |
| Yale College Student | Yale College Student | Stalking | A YC student reported that another YC student sent unwanted and distressing messages to the complainant on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Other | A YC student reported that another YC student retaliated against the complainant for bringing a complaint. After consulting with the complainant, a Title IX Coordinator counseled the respondent on the University's retaliation policies and facilitated a no-contact agreement between the parties. |
| Yale College Student | Graduate & Professional Student | Sexual harassment | A YC student reported that a G&P student made inappropriate comments to the complainant. A Title IX Coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Staff | Sexual harassment | A YC student reported that a staff member made inappropriate comments on a number of occasions. The case is pending. |
| Yale College Student | Postdoctoral Trainee | Stalking | A YC student reported that a postdoctoral trainee with whom the complainant had been in a relationship sent unwanted and distressing messages to the complainant on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Faculty | Sexual harassment | A YC student reported that a faculty member inappropriately touched the complainant and paid unwanted attention to the complainant on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct, facilitated a no-contact agreement between the parties, and implemented academic accommodations for the complainant. |
| Yale College Student | Faculty | Sexual harassment | YC students reported that a faculty member included inappropriate content in an online course assignment. The respondent's supervisor, in consultation with a Title IX Coordinator, investigated and could not substantiate the allegations. |

provost.yale.edu/title-ix

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Faculty | Sexual harassment | A YC student reported that a faculty member made inappropriate comments to the complainant. The respondent's supervisor, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Yale College Student | Non-Yale | Sexual harassment | YC students reported that a non-Yale individual engaged in inappropriate sexual conduct in the presence of the complainants during a study abroad program. The staff at the off-campus program investigated and terminated the respondent's services for the program. The staff offered the complainants additional support and resources. |
| Yale College Student | Non-Yale | Sexual assault | A YC student reported that a non-Yale individual engaged in sexual touching without consent during a study abroad program. A Title IX Coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Non-Yale | Stalking | A YC student reported that a non-Yale individual sent unwanted and distressing messages to the complainant on a number of occasions. A Title IX Coordinator implemented academic accommodations for the complainant and referred the complainant to the YPD to discuss safety planning. |
| Yale College Student | Non-Yale | Sexual harassment | A third party reported that a non-Yale individual made inappropriate comments to a YC student. The case is pending. |
| Yale College Student | Non-Yale | Sexual harassment | A YC student reported that a non-Yale individual made inappropriate comments and unwanted advances toward the complainant. At the complainant's request, a Title IX Coordinator referred the complainant to the YPD to discuss safety planning. |
| Yale College Student | Unknown | Other | A YC student reported experiencing sexual misconduct by an unidentified individual. A Title IX Coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Unknown | Other | A YC student reported experiencing sexual misconduct by an unidentified individual. A Title IX Coordinator implemented academic accommodations for the complainant. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | A G&P student reported that another G&P student made unwanted advances toward the complainant. A Title IX Coordinator implemented academic accommodations for the complainant. |

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Graduate & Professional Student | Stalking | A G&P student reported that another G&P student with whom the complainant had been in a relationship sent unwanted and distressing messages to the complainant on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | A third party reported that G&P students requested that other G&P students share sexually explicit images of themselves as a part of a student-led event. An administrator, in consultation with a Title IX Coordinator, counseled the respondents on appropriate conduct. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | A third party reported that a G&P student made inappropriate comments to another G&P student. The respondent's supervisor, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Graduate & Professional Student | Faculty | Sexual harassment | A third party reported that a faculty member made inappropriate comments to G&P students. A Title IX Coordinator counseled the respondent on appropriate conduct. |
| Graduate & Professional Student | Faculty | Sexual harassment | G&P students reported that a faculty member made inappropriate comments on a number of occasions and inappropriately touched students. After consulting with the complainants, a Title IX Coordinator counseled the respondent and referred the respondent for additional coaching on professional conduct. |
| Graduate & Professional Student | Faculty | Sexual harassment | A third party reported that a faculty member made inappropriate comments to an unidentified G&P student. An administrator, in consultation with a Title IX Coordinator, implemented academic accommodations for the complainant. |
| Graduate & Professional Student | Faculty | Sexual harassment | A third party reported that a faculty member paid unwanted attention to a G&P student. Title IX Coordinator investigated and could not substantiate the allegations. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | G&P students reported that a visiting scholar made inappropriate comments and unwanted advances toward another student. An administrator, in consultation with the Title IX Coordinator, implemented restrictions on the respondent's activities on campus. |

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | G&P students reported that a Yale affiliate made inappropriate comments to the complainants.  An administrator, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct.  The program also limited the respondent's interactions with students. |
| Graduate & Professional Student | Yale Affiliate | Other | G&P students reported that a visiting scholar had been investigated for sexual misconduct at another institution.  An administrator, in consultation with a Title IX Coordinator, initiated an investigation.  The respondent resigned their Yale affiliation. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An G&P student reported that, during the student's training at an off-campus worksite, a Yale affiliate made inappropriate comments to the complainant.  The case is pending. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant.  The management of the off-campus site will conduct training on sexual harassment for all of its staff and will monitor the situation. |
| Staff | Staff | Other | An anonymous individual reported that a staff member engaged in an inappropriate relationship with another staff member.  The case is pending. |
| Staff | Staff | Sexual harassment | A staff member reported that another staff member made inappropriate comments to the complainant and others.  A Title IX Coordinator investigated and could not substantiate the allegations. |
| Staff | Staff | Sexual harassment | A staff member reported that another staff member made inappropriate comments to the complainant and others.  A Title IX Coordinator investigated and could not substantiate the allegations. |
| Staff | Faculty | Sexual harassment | A staff member reported that a faculty member made inappropriate comments to the complainant and others on a number of occasions.  The case is pending. |
| Staff | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with a staff member. An administrator, in consultation with a Title IX Coordinator, investigated and could not substantiate the allegations. |

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Staff | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with a staff member. An administrator, in consultation with a Title IX Coordinator, investigated and could not substantiate the allegations. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual went uninvited to the complainant's residence on a number of occasions. A Title IX Coordinator implemented workplace accommodations for the complainant and referred the complainant to the YPD to discuss safety planning. |
| Postdoctoral Trainee | Non-Yale | Stalking | A postdoctoral trainee reported experiencing stalking by a non-Yale individual. A Title IX Coordinator implemented workplace accommodations for the complainant. |
| Faculty | Faculty | Sexual harassment | A faculty member reported that another faculty member inappropriately touched the complainant and paid unwanted attention to the complainant on a number of occasions. The University initiated an investigation. The respondent was removed from leadership positions. |
| Faculty | Faculty | Sexual harassment | A third party reported that a faculty member made inappropriate sexual gestures toward another faculty member. The case is pending. |
| Faculty | Faculty | Sexual harassment | A faculty member reported that another faculty member made inappropriate comments. A Title IX Coordinator counseled the respondent on appropriate conduct. |
| Faculty | Faculty | Sexual harassment | A faculty member reported that another faculty member made inappropriate comments about a third faculty member. A Title IX Coordinator counseled the respondent on appropriate conduct and referred the respondent to additional training on University policies. |
| Faculty | Faculty | Sexual harassment | A third party reported that a faculty member inappropriately touched other faculty members on a number of occasions. The respondent's supervisor, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Faculty | Faculty | Sexual harassment | A third party reported that a faculty member made inappropriate comments to other faculty members on a number of occasions. A Title IX Coordinator counseled the respondent on appropriate conduct. |

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 5**. Complaints pursued through a Title IX Coordinator.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale Affiliate | Graduate & Professional Student | Sexual harassment | A third party reported that a G&P student inappropriately touched a Yale affiliate at an off-campus event.  A Title IX Coordinator counseled the respondent and referred the respondent for additional training on appropriate conduct. |
| Yale Affiliate | Postdoctoral Trainee | Sexual harassment | A Yale affiliate reported that a postdoctoral trainee inappropriately touched the complainant.  A Title IX Coordinator investigated and could not substantiate the allegations.  The Title IX Coordinator implemented workplace accommodations for the complainant. |
| Yale Affiliate | Faculty | Sexual harassment | Yale affiliates reported that a faculty member inappropriately touched the complainants and paid unwanted attention to the complainants on a number of occasions.  The University initiated an investigation.  The respondent was removed from leadership positions. |
| Yale Affiliate | Faculty | Sexual harassment | A Yale affiliate reported that a faculty member inappropriately touched the complainant.  The respondent's supervisor, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Non-Yale | Yale College Student | Sexual harassment | A third party reported that YC students posted sexually explicit materials in a Yale facility.  The supervisor of the facility, in consultation with a Title IX Coordinator, investigated and could not substantiate the allegations. |
| Non-Yale | Graduate & Professional Student | Sexual assault | A third party reported that a G&P student engaged in sexual touching of a non-Yale individual without consent at an off-campus event.  After consulting with the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct and implemented academic accommodations for another student who was impacted. |
| Non-Yale | Faculty | Sexual assault | A third party reported that a faculty member inappropriately touched a non-Yale individual.  The respondent's supervisor, in consultation with a Title IX Coordinator, counseled the respondent on appropriate conduct. |
| Unknown | Yale College Student | Sexual harassment | An anonymous individual reported that YC students posted sexually explicit materials in a Yale facility.  The supervisor of the facility, in consultation with a Title IX Coordinator, counseled the respondents on appropriate conduct. |

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

**TABLE 6**. Updates to cases previously reported.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | In a previous reporting period, a YC student reported experiencing sexual assault by another YC student.<br><br>Subsequently, at the request of the complainant, a Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Stalking | In a previous reporting period, a YC student reported that another YC student followed the complainant on multiple occasions and made several distressing phone calls to the complainant after the complainant declined the respondent's advances.  At the time, a Title IX Coordinator counseled the respondent on appropriate conduct and imposed no-contact restrictions.<br><br>Subsequently, the complainant reported receiving an unwanted and distressing message from the respondent after both students had graduated from Yale.  A Title IX Coordinator referred the complainant to the YPD. |
| Graduate & Professional Student | Yale Affiliate | Stalking | In a previous reporting period, a G&P student reported that a Yale affiliate with whom the complainant had been in a relationship sent unwanted and distressing messages to the complainant on multiple occasions.  At the time, a Title IX Coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties.  The Title IX Coordinator also referred the complainant to the YPD to discuss safety planning.<br><br>Subsequently, the complainant reported that the respondent continued to send unwanted messages to the complainant in violation of the no-contact agreement.  A Title IX Coordinator implemented campus restrictions for the respondent and referred the complainant to the YPD. |

## B.2. COMPLAINTS WHERE THE COMPLAINANT CHOSE NOT TO PURSUE ANY ACTION

In some cases, after exploring the available resources and complaint options with a Title IX Coordinator, a complainant decides not to pursue the complaint any further and requests that no action be taken by the Coordinator. In other cases, information about incidents of sexual misconduct comes to a Title IX Coordinator from a third party – such as an administrator, a friend of those involved, or a witness – and the Title IX Coordinator will reach out to identified complainants to offer supportive measures and to discuss resources and options.  Some of these

complainants elect not to engage in further interactions with the Title IX Coordinator. The Title IX Coordinator will inform complainants that they have the option to pursue action at a later time. The Coordinator will also explore whether any measures might be taken without identifying the complainant to address the climate generally or to prevent recurrence of the misconduct (these cases are presented above in section B.1).

The following table provides a statistical summary of those complaints where no further action was taken because: 1) the complainant did not pursue the complaint, 2) the complainant chose not to engage in further discussion with a Coordinator, or 3) the complainant was not identified in a third-party report.

**TABLE 7**. Complaints where the complainant chose not to pursue any action.

| | | Yale College Student | Grad & Prof Stdnt | Staff | Post-doc | Faculty | Yale Affiliate | Non-Yale | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault | Complainant | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 |
| | Respondent | 11 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Sexual Harassment | Complainant | 18 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 21 |
| | Respondent | 11 | 0 | 1 | 0 | 3 | 0 | 5 | 1 | |
| Intimate Partner Violence | Complainant | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | Respondent | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Stalking | Complainant | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| | Respondent | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| | | | | | | | | | | 39 |

## C. YALE POLICE DEPARTMENT

The following are cases in which the complainant chose to contact the Yale Police Department (YPD), which addressed each case according to its procedures (see the Yale Police website for more information). All reports of possible sexual misconduct made to the YPD are reviewed by the University Title IX Coordinator.

During this reporting period (July 1 – December 31, 2019), there were 20 contacts with the YPD regarding possible sexual misconduct. 13 were handled primarily by the YPD and are described below. The remaining were referred to the UWC or a Title IX Coordinator for further investigation and resolution and are described above.

## Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019

**TABLE 8**. Complaints pursued through the Yale Police Department.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Intimate partner violence | A YC student reported that another YC student, with whom the complainant had been in a relationship, engaged in harassing and threatening behaviors.  At the complainant's request, the YPD warned the respondent not to contact the complainant.  The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Graduate & Professional Student | Intimate partner violence | A YC student reported that a G&P student with whom they were in a relationship engaged in threatening behaviors toward the complainant.   The YPD investigated and no arrest was made. The YPD instructed the respondent to leave the complainant's residence and provided the complainant with information on safety and victim services. |
| Yale College Student | Unknown | Sexual assault | A YC student reported that an unknown individual followed the complainant into their residential college and engaged in sexual touching without consent.  The YPD investigated and could not identify the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | Stalking | A G&P student reported that a non-Yale individual sent unwanted and distressing messages to the complainant on a number of occasions.  At the request of the complainant, the YPD warned the respondent not to contact the complainant and provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Unknown | Other | A G&P student reported that an unknown individual attempted to view the complainant in a shower on campus.  The YPD investigated and could not identify the respondent. The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Unknown | Sexual assault | A G&P student reported that two unknown individuals groped the complainant while the complainant walked near campus.  The YPD responded and identified the respondents, who were minors.  The complainant did not press charges.  The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Unknown | Sexual assault | A G&P student reported that two unknown individuals groped the complainant while the complainant walked off campus. The NHPD responded and could not identify the respondents. The YPD provided the complainant with information on safety and victim services. |

**Report of Complaints of Sexual Misconduct, July 1, 2019 - December 31, 2019**

**TABLE 8**. Complaints pursued through the Yale Police Department.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Staff | Non-Yale | Other | A staff member reported that a non-Yale individual made inappropriate comments and physically assaulted the complainant as they walked near campus. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual followed the complainant to their non-public campus work location. The YPD responded and could not locate the respondent. The YPD provided the complainant with information on safety and victim services. Subsequently, the YPD arrested the respondent after the respondent followed the complainant again to their work location. |
| Staff | Non-Yale | Other | A staff member reported that a non-Yale individual, who had previously been arrested for stalking the complainant, violated a protective order. The YPD investigated and arrested the respondent. The YPD provided the complainant with information on safety and victim services. |
| Staff | Unknown | Sexual harassment | A staff member reported that an unknown individual sent the complainant unwanted and threatening messages and sexually-explicit images on a number of occasions. The YPD investigated but could not identify the source of the messages. The YPD provided the complainant with information on safety and victim services. |
| Postdoctoral Trainee | Non-Yale | Intimate partner violence | The YPD responded to a potential intimate partner violence incident involving a postdoctoral trainee and a non-Yale individual with whom the complainant was in a relationship. The YPD investigated and no arrest was made. The YPD provided both parties with information on safety and victim services. |
| Non-Yale | Non-Yale | Other | A non-Yale individual reported that another non-Yale individual inappropriately touched themself in public while the complainant walked by on campus. The YPD responded and investigated. The YPD warned the respondent not to enter the Yale campus and provided the complainant with information on safety and victim services. |

# Terminology commonly used in this report

"UWC formal complaint":  Formal resolution of a complaint through the UWC involves an investigation by an external fact-finder, a hearing, adjudication, and possible disciplinary sanctions. See the UWC Procedures.

*"The Title IX Coordinator investigated"*:  An investigation by a Title IX Coordinator generally includes: interviewing the complaint and respondent, interviewing any witnesses or other parties with knowledge of the alleged conduct, and collecting documentation (including email or other communications) relevant to the complaint. Upon reviewing the evidence gathered, The Title IX Coordinator determines whether a violation of University policy occurred, whether any actions should be taken, and recommends disciplinary action, if warranted.

*"Sufficient evidence to support the allegations"*: The UWC and the Title IX Coordinators apply the "preponderance of the evidence" standard (i.e., whether it is more likely than not) to determine, based on the evidence gathered during the investigation, whether the alleged conduct occurred and, if so, whether it violates any University policies.

*"The respondent was counseled on appropriate conduct"*: In some cases, a Title IX Coordinator, or an administrator working in consultation with the Title IX Coordinator, will meet with the respondent to review the complaint and the University's definitions and policies, discuss and affirm expected behaviors, and warn the respondent about possible consequences for violations of the University sexual misconduct policies.

*"No-contact restrictions"*:  In all UWC formal complaints, mutual no-contact restrictions are put in place for the duration of the UWC review. In cases resolved through a Title IX Coordinator, mutual no-contact restrictions are made by agreement of the parties.  In some cases, a respondent is issued a warning to cease all forms of contact (including physical, verbal, and electronic) with the complainant, which may also limit access to all or certain parts of campus.

*"Provided the complainant with information on safety and victim services"*:  The YPD has a Sensitive Crimes & Support Coordinator who assists those affected by sexual misconduct and can help complainants connect with SHARE or other University offices, coordinate interim safety measures, provide safety planning, and serve as a liaison with victims' assistance services.  See the YPD website for more information.

*"The case is pending"*:  In the case of a formal complaint under review by the UWC, "pending" means that the review of the complaint is still in process and the result will not be reported until a final decision on the complaint has been issued. In the case of a complaint brought to a Title IX Coordinator, "pending" means that the resolution of the complaint is still in process, e.g., the Title IX Coordinator is investigating the complaint or the complainant is still evaluating options.