# EXHIBIT 4

# Yale University

*Report of Complaints of Sexual Misconduct*
*Brought forward from January 1, 2019 through June 30, 2019*

## Contents

Introduction ................................................................................................................................. 2

Guide to This Report ..................................................................................................................... 4

Statistical Summary of Complaints................................................................................................ 4

Descriptive Summaries of Complaints .......................................................................................... 7

    University-Wide Committee on Sexual Misconduct: Formal Complaints ....................................... 8

    Title IX Coordinators ................................................................................................................ 9

    Yale Police Department .......................................................................................................... 20

Brief Definitions............................................................................................................................ 22

Terminology Commonly Used in this Report.................................................................................. 23

## Introduction

Over the past decade, members and leaders of the Yale University community have worked actively and continuously to strengthen Yale's programs to address and prevent sexual misconduct. The semi-annual reports of complaints of sexual misconduct, which have been published since January of 2012, are intended to support that engagement by increasing community awareness of our policies and procedures, and by facilitating community members' access to resources that provide support, advice and accommodation.

The current report—the sixteenth that we have published—presents information in both statistical and descriptive formats regarding 169 complaints that were brought to the attention of Title IX Coordinators, the Yale Police Department, or the University-Wide Committee on Sexual Misconduct between January 1, 2019 and June 30, 2019, as well as the actions the university took to address those complaints.  It also provides updates on seven complaints that were first presented in previous semi-annual reports.

Underlying the summaries and statistics in this report are the very real experiences of members of our community, and we make every effort to protect the privacy of those individuals.  Consequently, the report is intended to provide useful general information about Yale's procedures and resources but can offer only a limited view of complex circumstances of the specific complaints and the many factors that lead to decisions about discipline and other responsive actions.

As I have noted previously, the semi-annual reports capture only those complaints that are brought to the University's attention.  While we are hopeful that the continued increase in the number of complaints described in the semi-annual reports (see Figure 1 on page 3) reflects increasing community awareness of University procedures and resources, we know from both national statistics and our own that many incidents of sexual misconduct are never reported.  In order to better understand students' experiences of sexual misconduct and to gather information about the community's awareness of Yale's resources and observations regarding campus climate, we partnered in the spring of 2019 with 32 peer institutions and the Association of American Universities to conduct our second Campus Sexual Climate Survey (AAU Survey).  I look forward to sharing the 2019 AAU Survey findings with the Yale community later this fall.

The results of the 2015 AAU Survey provided a strong focus for community reflection and a powerful stimulus for community action.  For example, in partnership with students, faculty and staff across the campus, we clarified our communications through website enhancements and in-person sessions about University resources and procedures; we modified and expanded bystander intervention workshops to include the graduate and professional student and faculty and staff communities; and we created an on-line training module to ensure everyone in the community is familiar with our policies and resources and with the basics of bystander intervention.  Most importantly, an ever-growing number of community members have engaged us in conversation about ways to enhance our procedures and resources and to make meaningful, positive changes in our campus climate.  I am confident that the 2019 AAU Survey findings will provide additional opportunities for community conversation and action.

In closing, I must once again extend my gratitude and admiration for the individuals whose commitment and expertise guide and support the University's initiatives to address sexual misconduct and to the many members

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

of the Yale community who engage thoughtfully and actively in our efforts to make our campus a better place. If you have questions about the report or wish to get involved in our programs, do not hesitate to contact my office at  203-432-6854  or  titleix@yale.edu.    Additional  information  about  our  programs  is  available  at http://smr.yale.edu and past semi-annual reports are available at  http://provost.yale.edu/title-ix/reports.

Stephanie Spangler
September 18, 2019

Figure 1. Sexual Misconduct Complaints brought forward July 1, 2011 – June 30, 2019



**Figure 1**. Complaints of sexual misconduct brought forward between July 1, 2011 and June 30, 2019. Colors represent the university office/committee that primarily handled the complaint.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

## Guide to this Report

This report includes both statistical and descriptive summaries of the complaints brought forward within this reporting period (January 1 – June 30, 2019) which are organized according to the office or committee that addressed the complaint most recently and/or definitively: the University-Wide Committee on Sexual Misconduct (UWC), the Title IX coordinators, and the Yale Police Department (YPD).

The statistical summaries present the complaints by complainant affiliation, by respondent affiliation, by gender configuration, and lastly by the venue through which the complaint was primarily addressed. Throughout the narrative portion of the report you will find cases that engaged more than one of these venues, showing the close coordination of the UWC, the Title IX coordinators, and the YPD in working with complainants to best meet their needs.

While intended to be broadly informative, the report does have limitations. Because of privacy obligations, the report cannot fully convey the variety and complexity of circumstances associated with cases that may appear similar in the brief narrative descriptions. Likewise, the report assigns complaints to general categories such as "sexual assault" and "sexual harassment" that encompass broad ranges of behavior. For example, Yale University defines "sexual assault" as "any kind of nonconsensual sexual contact, including rape, groping, or any other nonconsensual sexual touching." We have embedded links to key definitions and terminology in the report (which also appear at the end of this report), so that readers can understand what behaviors may be included in any category. We have also included links to Frequently Asked Questions and to hypothetical case scenarios, which illustrate Yale's definition of consent. Readers can find comprehensive information about Yale's policies, definitions and procedures in the guide "Preventing and Responding to Sexual Misconduct: Building a Climate of Safety and Respect at Yale."

## Statistical Summary of Complaints[i]

The statistics below include all complaints of sexual misconduct brought forward within this reporting period (January 1 – June 30, 2019), regardless of when the alleged events occurred. To avoid duplication, the tables and charts below do not include complaints presented as updates in this report since these complaints were already included in the statistical summaries of previous reports (information about the updates to these complaints can be found on pages 8 and 18 of this report). The complaints of sexual misconduct are sorted in broad categories (e.g., sexual assault, intimate partner violence, sexual harassment) based on the complainant's allegations. Complaints involving more than one allegation of sexual misconduct are listed only once. The complainant is the person who reported having experienced misconduct, or, in the case of third-party complaints, the person who is reported to have experienced it. The respondent is the person (or persons) alleged to have committed the misconduct.

---

[i] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a broader geographic jurisdiction than in the Clery report.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

## Figure 2. Sexual Misconduct Complaints by Behavior (169 Total Complaints)



**Figure 2**. Complaints of sexual misconduct brought forward January 1 through June 30, 2019 (see Table 1 on page 6 for more detail). Please note that this pie chart only includes complaints reported during this period.

## Figure 3. Sexual Misconduct Complaints by University Affiliation



**Figure 3**. Complaints of sexual misconduct brought forward January 1 through June 30, 2019 categorized by behavior reported (see Table 1 on page 6 for more detail). Colors represent university affiliation of the individuals involved. (Comp. = Complainant; Resp. = Respondent)

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

Table 1. Sexual Misconduct Complaints by University Affiliation

| | | University affiliation | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Undergrad Stdnt | Grad & Prof Stdnt | Staff | Post doc | Faculty | Yale Affiliate | Non-Yale | Unknown | |
| Sexual Assault | Complainant | 29 | 5 | 1 | 0 | 1 | 1 | 0 | 0 | 37 |
| | Respondent | 24 | 3 | 0 | 0 | 2 | 1 | 5 | 2 | |
| Intimate Partner Violence | Complainant | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 7 |
| | Respondent | 4 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | |
| Sexual Harassment | Complainant | 42 | 30 | 6 | 0 | 5 | 2 | 2 | 1 | 88 |
| | Respondent | 19 | 3 | 13 | 2 | 14 | 12 | 18 | 7 | |
| Stalking | Complainant | 4 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 14 |
| | Respondent | 1 | 1 | 2 | 0 | 0 | 1 | 8 | 1 | |
| Other | Complainant | 16 | 1 | 1 | 0 | 3 | 2 | 0 | 0 | 23 |
| | Respondent | 13 | 1 | 2 | 0 | 5 | 0 | 0 | 2 | |
| | | | | | | | | | TOTAL | 169 |

Table 2. Sexual Misconduct Complaints by Gender Configuration

| | | Complainant gender | | | | | Total |
|---|---|---|---|---|---|---|---|
| | | Female | Male | Other Gender Identity | Multiple Mixed Gender Complainants | Gender Not Known/ Reported | |
| Respondent gender | Female | 2 | 6 | 0 | 0 | 3 | 11 |
| | Male | 98 | 8 | 0 | 0 | 9 | 115 |
| | Other Gender Identity | 0 | 0 | 0 | 0 | 0 | 0 |
| | Multiple Mixed Gender Respondents | 0 | 0 | 0 | 0 | 0 | 0 |
| | Gender Not Known | 14 | 7 | 3 | 0 | 19 | 43 |
| | Total | 114 | 21 | 3 | 0 | 31 | 169 |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

Table 3. Sexual Misconduct Complaints by Office or Committee

| | | Office or committee that addressed the complaint | | | |
| --- | --- | --- | --- | --- | --- |
| | | UWC - Formal | Title IX Coordinator | YPD | Total |
| **Category of sexual misconduct reported** | Sexual Assault | 6 | 29 | 2 | **37** |
| | Intimate Partner Violence | 0 | 5 | 2 | **7** |
| | Sexual Harassment | 1 | 84 | 3 | **88** |
| | Stalking | 0 | 6 | 8 | **14** |
| | Other | 0 | 22 | 1 | **23** |
| | Total | **7** | **146** | **16** | **169** |

In providing a range of formal and informal options for pursuing complaints, the University seeks to meet the varied needs of potential complainants.  Whenever possible, it is the complainant who decides whether or not to pursue a complaint, and in what venue.  In certain unusual circumstances, such as those involving risks to the safety of individuals and/or the community, the University will bring matters to a formal hearing independently of the wishes of an individual complainant.  The choice of an informal process does not imply the matter is less serious than those matters pursued through formal processes, nor does it preclude the complainant from choosing to bring a formal complaint at a later date.

## Descriptive Summaries of Complaints

The descriptive summaries of complaints are organized in tables below according to the office or committee that reviewed and addressed the complaints, i.e., the University-Wide Committee on Sexual Misconduct (UWC), the Title IX coordinators, and the Yale Police Department (YPD).

Although a complaint may be brought to multiple venues, each complaint is described only once in this report, based on which venue primarily addressed the complaint.   The UWC, Title IX coordinators and YPD routinely collaborate and coordinate their activities to ensure that complaints are resolved promptly and equitably.  All reports of sexual misconduct brought to the YPD, for example, are reviewed by the University Title IX Coordinator; similarly, all reports of possible criminal activity brought to the Title IX coordinators (including those reported via the UWC) are shared with the YPD.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

## University-Wide Committee on Sexual Misconduct: Formal Complaints

The following complaints were pursued through formal resolution with the UWC. In every case, the complainant was provided information about all options for pursuing complaints – including formal, informal, and criminal processes – as well as information about support resources such as the Sexual Harassment and Assault Response & Education Center (SHARE).  See the UWC Procedures for more information.  Also see page 23 of this report for an explanation of commonly-used terminology.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual penetration without consent.  The UWC found sufficient evidence to support the allegation. The respondent was suspended for three terms and is required to complete training on sexual consent. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual penetration without consent.  The UWC found sufficient evidence to support the allegation.  The respondent was placed on probation for the remainder of the respondent's affiliation with Yale.  No-contact restrictions were continued. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in groping and sexual penetration without consent.  The UWC found sufficient evidence to support the allegations.  The respondent was suspended for three terms and is required to complete training on sexual consent. |
| Yale College Student | Yale College Student | Sexual assault | A YC student alleged that another YC student engaged in sexual touching without consent.  The UWC did not find sufficient evidence to support the allegation. |
| Yale College Student | Faculty | Sexual assault | A former YC student alleged that a faculty member engaged in nonconsensual sexual activity.  The UWC did not have jurisdiction because the faculty member was no longer at the university at the time of the complaint. |
| Graduate & Professional Student | Graduate & Professional Student | Sexual assault | A G&P student alleged that another G&P student engaged in sexual harassment and sexual touching without consent.  The complainant withdrew the complaint. |
| Graduate & Professional Students | Faculty | Sexual harassment | A Title IX Coordinator brought a formal complaint alleging that a faculty member engaged in sexual misconduct directed at G&P students.  The case is pending. |

| | | | |
|---|---|---|---|
| ***Updates to previous complaints****: The complaints below were reported as pending in a previous report as complaints brought to a Title IX coordinator or the UWC.  They were included in the statistical summaries in the previous report and are therefore not included in the statistical summaries at the beginning of this report.* | | | |
| **Complainant** | **Respondent** | **Category of Misconduct Reported** | **Description/Actions Taken** |
| Yale College Student | Yale College Student | Sexual assault | In a previous reporting period, a YC student alleged that another YC student engaged in sexual touching without consent.  The UWC found sufficient evidence to support the allegation.  The respondent was placed on probation for the remainder of the respondent's affiliation with Yale and was required to complete training on sexual consent and appropriate behavior.  No-contact restrictions were continued. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

## *Title IX Coordinators*

The following complaints were brought forward to either the University Title IX Coordinator or a Deputy Title IX coordinator (any of whom are referred to here as "Title IX coordinator"). The Title IX coordinators do not conduct formal hearings. However, depending on the affiliation of the parties, they may investigate complaints to the degree possible and work with the complainant, the respondent, and, where appropriate, the respondent's supervisor to achieve a resolution of the complaint, which may include sanctions for respondents who are staff members and remedies and ongoing accommodations for the complainant. They may also put in place measures to support and protect the complainant. In making their determinations and recommendations, the Title IX coordinators strive to comply with the complainant's wishes for resolution while ensuring that the University provides a safe and nondiscriminatory environment for all members of the Yale community. See the Title IX website for more information. Also see page 23 of this report for an exploration of commonly-used terminology.

*During this reporting period (January 1 – June 30, 2019), there were 146 cases brought forward to a Title IX coordinator. In addition, below are updates to complaints that were reported as pending in a previous report.*

| SECTION I. |
|---|

While the specific actions may vary from case to case, Title IX coordinators respond to complaints by addressing any immediate concerns a complainant may have, connecting complainants and respondents with appropriate resources, ensuring that complainants are fully aware of the options available for further action, and helping to facilitate those actions.

In the following complaints, the complainant chose to pursue a resolution of the complaint with a Title IX coordinator. In some cases, the complainant requested that the Title IX coordinator facilitate accommodations or other actions. In other cases, the coordinator identified measures that might be taken (e.g., departmental training, academic/workplace accommodations) without revealing to the respondent that a report has been made and consulted with the complainant prior to implementing these measures. In these cases, the complainant was informed that no direct action can be taken against a respondent without providing notice of the complaint to the respondent. In every case, the complainant was provided information about all options for pursuing complaints – including formal, informal, and criminal processes – as well as information about support resources such as the Sexual Harassment and Assault Response & Education (SHARE) Center.

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Intimate partner violence | An administrator reported that a YC student was physically assaulted by another YC student with whom the complainant had been in a relationship. The administrator, in consultation with the Title IX coordinator, implemented academic accommodations for the complainant and implemented campus restrictions for the respondent. |
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made unwanted advances toward the complainant. The Title IX coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. The case is pending. |
| Yale College Student | Yale College Student | Other | A YC student reported experiencing sexual misconduct by an unidentified YC student. The Title IX coordinator implemented academic accommodations for the complainant. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made unwanted advances toward the complainant and other students.  A YC administrator, in consultation with a Title IX coordinator, counseled the respondent on appropriate conduct, facilitated a no-contact agreement between the parties, and implemented residential accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made inappropriate comments to the complainant and others on multiple occasions.  The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching without consent.  The case is pending. |
| Yale College Student | Yale College Student | Other | A third party reported that an unidentified YC student in a leadership position made inappropriate advances to other unidentified YC students participating in the same program.  The Title IX coordinator worked with the program staff to provide additional training to all program participants. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching without consent.  After consulting with the complainant, the Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual harassment | A YC student reported that another YC student made unwanted advances toward the complainant on a number of occasions.  A YC administrator, in consultation with a Title IX coordinator, implemented residential and academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Stalking | A YC student reported that another YC student with whom the complainant had been in a relationship sent unwanted and distressing messages to the complainant and went uninvited to the complainant's residence on a number of occasions.  The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Intimate partner violence | A YC student reported that another YC student with whom the complainant had been in a relationship physically assaulted the complainant.  The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual touching of the complainant without consent.  After consulting with the complainant, the Title IX coordinator counseled the respondent on appropriate conduct and referred the complainant to additional University resources. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent.  After consulting with the complainant, the Title IX coordinator counseled the respondent on appropriate conduct and referred the respondent to additional University resources. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent. After consulting with the complainant, the Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Intimate partner violence | A third party reported concerns that a YC student experienced threatening behavior by another YC student with whom the complainant is in a relationship. The case is pending. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity with the complainant without consent. A YC administrator, in consultation with the Title IX coordinator, implemented academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Other | A YC student reported experiencing sexual misconduct by an unidentified YC student. The Title IX coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual activity without consent. The Title IX coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Yale College Student | Sexual assault | A YC student reported that another YC student engaged in sexual penetration without consent. The Title IX coordinator implemented residential accommodations for the complainant. |
| Yale College Student | Graduate & Professional Student | Sexual harassment | YC students reported that a G&P student made inappropriate comments to the complainants. The Title IX coordinator counseled the respondent on appropriate conduct. The respondent is no longer at the University. |
| Yale College Student | Graduate & Professional Student | Sexual assault | A YC student reported that a G&P student engaged in sexual penetration without consent. After consulting with the complainant, the Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Staff | Sexual harassment | A YC student reported that a staff member made inappropriate comments to the complainant. The case is pending. |
| Yale College Student | Staff | Sexual harassment | A third party reported that a staff member made inappropriate comments of a personal nature to YC students. The Title IX coordinator investigated and substantiated the allegations. The Title IX coordinator counseled the respondent on appropriate conduct. |
| Yale College Student | Staff | Sexual harassment | A YC student reported that a staff member made inappropriate comments of a personal nature to the complainant. The Title IX coordinator investigated and could not substantiate the allegations. The Title IX coordinator counseled the respondent on appropriate conduct. |
| Yale College Student | Staff | Sexual harassment | A former YC student reported that a former staff member paid unwanted attention to the complainant while both were at the University. The respondent was no longer at Yale at the time of the complaint. The Title IX coordinator will conduct training on appropriate conduct for the department. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Staff | Sexual harassment | Former YC students reported that a former staff member made inappropriate comments to the complainants while they were at the University. The respondent was no longer at Yale at the time of the complaint. |
| Yale College Student | Staff | Sexual harassment | A YC student reported that a staff member made inappropriate comments to the complainant on a number of occasions. The Title IX coordinator investigated and found sufficient evidence to support the allegation. The respondent's employment was terminated. |
| Yale College Student | Faculty | Sexual harassment | A YC student reported that a faculty member made inappropriate comments of a personal nature to the complainant on multiple occasions. The case is pending. |
| Yale College Student | Yale Affiliate | Sexual harassment | A YC student reported that a visiting scholar made inappropriate comments and unwanted advances toward the complainant. An administrator, in consultation with the Title IX coordinator, implemented restrictions on the respondent's activities on campus and referred the complainant to additional University resources. |
| Yale College Student | Yale Affiliate | Sexual harassment | A YC student reported that a Yale affiliate made inappropriate comments to the complainant at an off-campus event. The respondent's supervisor, in consultation with the Title IX coordinator, counseled the respondent on appropriate conduct. |
| Yale College Student | Non-Yale | Sexual assault | A YC student reported that a non-Yale individual engaged in sexual activity without consent at an off-campus event. The Title IX coordinator implemented academic accommodations for the complainant and referred the complainant to other University resources. |
| Yale College Student | Non-Yale | Sexual harassment | A YC student reported that a non-Yale individual, posing as a member of the Yale community, sent the complainant inappropriate messages via a social media platform. The Title IX coordinator, in consultation with other administrators, investigated and determined that the respondent had no affiliation with the University. The coordinator referred the complainant to the YPD to discuss safety planning. |
| Yale College Student | Non-Yale | Sexual assault | A YC student reported that a visiting student engaged in sexual touching of the complainant without consent and made inappropriate comments to other students at an off-campus event. An administrator, in consultation with a Title IX coordinator, implemented campus restrictions for the respondent and reviewed safety protocols for future events. |
| Yale College Student | Non-Yale | Sexual assault | A YC student reported that a non-Yale individual engaged in sexual touching without consent at an off-campus event. The case is pending. |
| Yale College Student | Non-Yale | Sexual harassment | A YC student reported that a non-Yale individual made inappropriate comments to the complainant. The Title IX coordinator implemented academic accommodations for the complainant. |
| Yale College Student | Unknown | Other | A YC student reported experiencing sexual misconduct by an unidentified individual. The Title IX coordinator implemented academic accommodations for the complainant. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Graduate & Professional Student | Sexual harassment | A G&P student reported that another G&P student paid unwanted attention to the complainant. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Graduate & Professional Student | Graduate & Professional Student | Stalking | A G&P student reported that another G&P student sent unwanted and distressing messages to the complainant on multiple occasions. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Graduate & Professional Student | Staff | Sexual harassment | A G&P student reported that a staff member made inappropriate comments to the complainant. The respondent's supervisor, in consultation with the Title IX coordinator, counseled the respondent on appropriate conduct. |
| Graduate & Professional Student | Staff | Other | A G&P student reported that a staff member violated the no-contact restrictions imposed after a prior complaint of sexual misconduct. A Human Resources representative, in consultation with the Title IX coordinator, investigated and substantiated the allegations. The respondent resigned their position at the University. |
| Graduate & Professional Student | Staff | Sexual harassment | An anonymous G&P student reported that a staff member made inappropriate comments to students. The Title IX coordinator counseled the respondent and referred the respondent for additional counseling on appropriate conduct. |
| Graduate & Professional Student | Postdoctoral Trainee | Sexual harassment | A G&P student reported that a postdoctoral trainee made inappropriate comments to the complainant and others. The Title IX coordinator counseled the respondent and referred the respondent for additional counseling on appropriate conduct. |
| Graduate & Professional Student | Faculty | Sexual harassment | A third party reported that a faculty member made inappropriate comments to unidentified G&P students on multiple occasions. The Title IX coordinator investigated and could not substantiate the allegations. |
| Graduate & Professional Student | Faculty | Sexual harassment | A faculty member reported that another faculty member engaged in inappropriate sexual conduct in the presence of a G&P student. The case is pending. |
| Graduate & Professional Student | Faculty | Sexual harassment | A G&P student reported that a faculty member paid unwanted attention to the complainant and other G&P students. The respondent's supervisor counseled the respondent on appropriate conduct. |
| Graduate & Professional Student | Faculty | Sexual harassment | A G&P student reported that a faculty member made inappropriate comments to the complainant. The case is pending. |
| Graduate & Professional Student | Faculty | Sexual harassment | A G&P student reported that a former faculty member inappropriately touched the complainant at a time when both were at the University. The case is pending. |
| Graduate & Professional Student | Faculty | Sexual harassment | Anonymous G&P students reported that, during the student's training at an off-campus worksite, a faculty member made inappropriate comments to the complainants and other trainees. The respondent's supervisor counseled the respondent on appropriate workplace interactions and will monitor the situation. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Faculty | Sexual assault | An anonymous G&P student reported that, during the student's training at an off-campus worksite, a faculty member touched another G&P student inappropriately. The case is pending. |
| Graduate & Professional Student | Faculty | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, a faculty member made inappropriate comments to a Yale affiliate. The case is pending. |
| Graduate & Professional Student | Faculty | Sexual harassment | G&P students reported that a faculty member made inappropriate comments to the complainant and others. The Title IX coordinator counseled the respondent on appropriate conduct. |
| Graduate & Professional Student | Yale Affiliate | Stalking | A G&P student reported that a Yale affiliate with whom the complainant had been in a relationship sent unwanted and distressing messages to the complainant on multiple occasions. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Graduate & Professional Student | Yale Affiliate | Sexual assault | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified Yale affiliate touched the complainant inappropriately. The case is pending. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, several Yale affiliates sexually harassed the complainant. The case is pending. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, unidentified Yale affiliates made inappropriate comments to the complainant. The case is pending. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, a Yale affiliate made inappropriate comments to the complainant. The respondent's supervisor counseled the respondent on appropriate workplace interactions and will monitor the situation. |
| Graduate & Professional Student | Yale Affiliate | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, a Yale affiliate made inappropriate comments to the complainant. The respondent's supervisor implemented restrictions on the respondent's interactions with students and will conduct training on sexual harassment for all staff. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The management of the off-campus site will conduct training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The management of the off-campus site will conduct training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The case is pending. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments about others in the presence of the complainant. The case is pending. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The case is pending. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The management of the off-campus site conducted training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The case is pending. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The management of the off-campus site conducted training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | A G&P student reported that a non-Yale individual made unwanted advances toward the complainant during an off-campus program. The Title IX coordinator referred the complaint to the respondent's employer. The employer counseled the respondent on appropriate conduct and imposed restrictions on the respondent's interactions with students. |
| Graduate & Professional Student | Non-Yale | Stalking | A G&P student reported that a non-Yale individual with whom the complainant had previously worked sent unwanted and distressing messages to the complainant on a number of occasions. The Title IX coordinator implemented academic accommodations for the complainant and referred the complainant to the YPD to discuss safety planning. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified non-Yale individual made inappropriate comments to the complainant. The management of the off-campus site conducted training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Non-Yale | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, a non-Yale individual made inappropriate comments to the complainant. The respondent's supervisor counseled the respondent on appropriate workplace interactions and will monitor the situation. |
| Graduate & Professional Student | Unknown | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified individual sexually harassed the complainant. The case is pending. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Graduate & Professional Student | Unknown | Sexual harassment | An anonymous G&P student reported that, during the student's training at an off-campus worksite, an unidentified individual made inappropriate comments to the complainant. The management of the off-campus site will conduct training on sexual harassment for all of its staff and will monitor the situation. |
| Graduate & Professional Student | Unknown | Sexual assault | A G&P student reported that an unidentified individual sexually assaulted the complainant. An administrator, in consultation with the Title IX coordinator, implemented academic accommodations for the complainant. |
| Staff | Staff | Sexual harassment | A staff member reported that another staff member made inappropriate comments to the complainant and others. The Title IX coordinator investigated and could not substantiate the allegations. |
| Staff | Staff | Sexual harassment | A former staff member reported that a former staff member made inappropriate comments to the complainant while both were at the University. The respondent was no longer at Yale at the time of the complaint. |
| Staff | Staff | Stalking | A staff member reported that another staff member paid unwanted attention to the complainant and followed the complainant on multiple occasions. The Title IX coordinator investigated and substantiated the allegations. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Staff | Faculty | Sexual harassment | A staff member reported that a faculty member made inappropriate comments to other staff members. The Title IX coordinator counseled the respondent on appropriate conduct. |
| Staff | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with a staff member. The Title IX coordinator investigated and could not substantiate the allegations. |
| Staff | Faculty | Intimate partner violence | An administrator reported that a staff member experienced threatening behavior by a faculty member with whom the complainant is in a relationship. The respondent's supervisor counseled the respondent on appropriate conduct. The Title IX coordinator referred the complainant to additional University resources. |
| Staff | Yale Affiliate | Sexual harassment | A staff member reported that a Yale affiliate made inappropriate comments of a personal nature to the complainant. The Title IX coordinator referred the complaint to the respondent's employer. The employer counseled the respondent on appropriate conduct, moved the respondent to an alternate work location and imposed no-contact restrictions. |
| Staff | Yale Affiliate | Sexual harassment | A faculty member reported that a Yale affiliate made inappropriate comments to staff members. The supervisor of the program terminated the respondent's involvement in the program. |
| Staff | Non-Yale | Sexual harassment | A staff member reported that a non-Yale individual made inappropriate and threatening comments to the complainant. The Title IX coordinator implemented workplace accommodations for the complainant. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Faculty | Yale College Student | Sexual harassment | A faculty member reported that a YC student paid unwanted attention to the complainant. The Title IX coordinator counseled the respondent and referred the respondent for additional counseling on appropriate conduct. |
| Faculty | Graduate & Professional Student | Sexual harassment | A faculty member reported that a G&P student paid unwanted attention to the complainant. The respondent was no longer at the University at the time of the complaint. |
| Faculty | Faculty | Sexual harassment | A faculty member reported that another faculty member made inappropriate comments of a personal nature to the complainant. An administrator, in consultation with the Title IX coordinator, counseled the respondent on appropriate conduct. |
| Faculty | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with another faculty member. The Title IX coordinator investigated and could not substantiate the allegations. |
| Faculty | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with another faculty member. The Title IX coordinator investigated and could not substantiate the allegations. |
| Faculty | Faculty | Sexual harassment | A faculty member reported that another faculty member with whom the complainant had been in a relationship sexually harassed the complainant. The case is pending. |
| Faculty | Non-Yale | Sexual harassment | A faculty member reported that a non-Yale individual had paid unwanted attention to the complainant. The Title IX coordinator counseled the respondent on appropriate conduct and implemented campus restrictions for the respondent. |
| Yale Affiliate | Yale College Student | Sexual assault | A Yale affiliate reported that a YC student engaged in sexual activity without consent. The case is pending. |
| Yale Affiliate | Staff | Other | A third party reported that a staff member engaged in an inappropriate relationship with an individual participating in a Yale program. The program leadership, in consultation with the Title IX coordinator, investigated and could not substantiate the allegations. |
| Yale Affiliate | Postdoctoral Trainee | Sexual harassment | A Yale affiliate reported that a postdoctoral trainee inappropriately touched the complainant. The Title IX coordinator counseled the respondent on appropriate conduct and implemented workplace accommodations for the complainant. |
| Yale Affiliate | Faculty | Other | A third party reported that a faculty member engaged in an inappropriate relationship with a Yale affiliate. The case is pending. |
| Yale Affiliate | Yale Affiliate | Sexual harassment | A Yale affiliate reported that another Yale affiliate made unwanted advances toward the complainant on multiple occasions. The case is pending. |
| Non-Yale | Yale Affiliate | Sexual harassment | A third party reported that a Yale affiliate made unwanted advances toward a non-Yale individual at an off-campus event. The Title IX coordinator will counsel the respondent on appropriate conduct. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Non-Yale | Yale Affiliate | Sexual harassment | A non-Yale individual reported that a Yale affiliate inappropriately touched the complainant. The respondent's supervisor, in consultation with the Title IX coordinator, investigated and could not substantiate the allegations. |
| Unknown | Faculty | Sexual harassment | An anonymous individual reported that a faculty member sexually harassed individuals in the workplace. The case is pending. |

*Updates to previous complaints: The complaints below were reported as pending in a previous report as complaints brought to a Title IX Coordinator. They were included in the statistical summaries in the previous report and are therefore not included in the statistical summaries at the beginning of this report.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Yale College Student | Sexual assault | In a previous reporting period, a YC student reported that another YC student engaged in sexual activity without consent. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Yale College Student | Sexual harassment | In a previous reporting period, a YC student reported that another YC student made inappropriate comments to several students. The Title IX coordinator counseled the respondent on appropriate conduct and facilitated a no-contact agreement between the parties. |
| Yale College Student | Graduate & Professional Student | Sexual harassment | In a previous reporting period, a YC student reported that a G&P student made inappropriate comments to the complainant. An administrator, in consultation with a Title IX coordinator, counseled the respondent on appropriate conduct. The respondent is no longer at the University. |
| Yale College Student | Staff | Sexual harassment | In a previous reporting period, a YC student reported that a staff member sent inappropriate messages to the complainant on multiple occasions. The Title IX coordinator investigated and could not substantiate the allegations. The Title IX coordinator counseled the respondent on appropriate conduct. |
| Staff | Staff | Other | In a previous reporting period, a third party reported that a staff member engaged in a relationship with another staff member in violation of the university policy on staff relationships. The Title IX coordinator investigated and could not substantiate the allegations. |
| Staff | Staff | Sexual harassment | In a previous reporting period, a staff member reported that another staff member made inappropriate comments to the complainant and other staff members. The Title IX coordinator investigated and substantiated the allegations. The Title IX coordinator counseled the respondent on appropriate conduct and referred the respondent for additional training. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

## SECTION II.

In some cases, after consulting with a Title IX coordinator regarding all options for pursuing complaints – including formal, informal, and criminal processes – and receiving information about support resources such as the Sexual Harassment and Assault Response & Education (SHARE) Center, the complainant decides not to pursue the complaint any further and requests that no action be taken by the coordinator.  In these cases, the Title IX coordinator will inform the complainant that a complaint can be pursued at a later time and will follow up with the complainant to check on the complainant's wellbeing.  Except in cases of acute threat of harm to the complainant or to the campus community, the Title IX coordinator will not take any action without the complainant's agreement.

The following table provides a statistical summary of those complaints where the complainant chose not to pursue the complaint and the coordinator took no further action.  The complainants involved always have the option to pursue further action, in which case descriptive updates will be provided in future reports.

| | | Undergrad Stdnt | Grad & Prof Stdnt | Staff | Post doc | Faculty | Yale Affiliate | Non-Yale | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault | Complainant | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| | Respondent | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Sexual Harassment | Complainant | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| | Respondent | 7 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Other | Complainant | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| | Respondent | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | | | | | | | | | 15 |

## SECTION III.

In some cases, information about incidents of sexual misconduct comes to a Title IX coordinator from a third party, such as an administrator, a friend of those involved, or a witness.  When possible, the coordinator will reach out to the potential complainant to offer support and to discuss resources and options.  In many cases, the identities of one or both parties are not provided.  Some complainants choose not to engage in further discussion with the coordinator or provide any additional information.  The coordinator may explore whether there are any measures that might be taken without involving the complainant or revealing to the respondent that a report has been made and will attempt to consult with the complainant prior to taking any action.  Except in cases of acute threat of harm to the complainant or to the campus community, the Title IX coordinator will not take any action without the complainant's agreement.

The following table provides a statistical summary of those complaints where the complainant chose not to engage with the Title IX coordinator and the coordinator took no further action.  The complainants involved always have the option to pursue further action, in which case descriptive updates will be provided in future reports.

| | | Undergrad Stdnt | Grad & Prof Stdnt | Staff | Post doc | Faculty | Yale Affiliate | Non-Yale | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Assault | Complainant | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| | Respondent | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexual Harassment | Complainant | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| | Respondent | 7 | 0 | 2 | 0 | 0 | 0 | 2 | 4 | |
| Stalking | Complainant | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Respondent | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | |
| Intimate Partner Violence | Complainant | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Respondent | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | Complainant | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| | Respondent | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | | | | | | | | | 33 |

## Yale Police Department

The following are cases in which the complainant chose to contact the Yale Police Department (YPD), which addressed each case according to its procedures (see the Yale Police website for more information).  All reports of possible sexual misconduct made to the YPD are reviewed by the University Title IX Coordinator.  See page 23 of this report for an explanation of commonly-used terminology.

*During this reporting period (January 1 – June 30, 2019), there were 21 contacts with the YPD regarding possible sexual misconduct. 16 were handled primarily by the YPD and are described below.  The remaining were referred to the UWC or a Title IX Coordinator for further investigation and resolution and are thus described above.*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Staff | Sexual harassment | A YC student reported that a staff member made inappropriate comments to the complainant and others. The YPD referred the complaint to the respondent's supervisor.  The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Yale Affiliate | Sexual harassment | A YC student reported that a Yale affiliate paid unwanted attention to the complainant and others.  At the request of the complainant, the YPD advised the respondent to avoid interactions with the complainant.  The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Non-Yale | Stalking | A YC student reported that a non-Yale individual followed the complainant to various campus and off-campus locations.  The complainant requested that the YPD not contact the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Yale College Student | Non-Yale | Stalking | A YC student reported that a non-Yale individual sent unwanted and distressing messages to the complainant on a number of occasions.  At the request of the complainant, the YPD attempted to contact the respondent.  The YPD provided the complainant with information on safety and victim services. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Yale College Student | Unknown | Sexual harassment | A YC student reported that an unknown individual sent the complainant unwanted messages and sexually-explicit images on a number of occasions. The YPD investigation is pending.  The YPD provided the complainant with information on safety and victim services. |
| Graduate & Professional Student | Non-Yale | Stalking | A Title IX coordinator referred a G&P student who reported being stalked by a non-Yale individual with whom the complainant was previously in a relationship.  At the request of the complainant, the YPD warned the respondent not to contact the complainant and provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual with whom the complainant had been in a relationship followed the complainant to various campus and off-campus locations.  The YPD investigated and arrested the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Intimate partner violence | A staff member reported that a non-Yale individual with whom the complainant was in a relationship had threatened to physically harm the complainant.  The YPD investigated and arrested the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual with whom the complainant had been in a relationship followed her to her workplace.  At the request of the complainant, the YPD warned the respondent not to contact the complainant and provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual sent unwanted and distressing messages to the complainant on a number of occasions.  At the request of the complainant, the YPD warned the respondent not to contact the complainant.  The YPD provided the complainant with information on safety and victim services. |
| Staff | Non-Yale | Stalking | A staff member reported that a non-Yale individual sent unwanted and distressing messages to the complainant on a number of occasions.  At the request of the complainant, the YPD warned the respondent not to contact the complainant and provided the complainant with information on safety and victim services.  Subsequently, the respondent was arrested for violating the warning not to contact the complainant. |
| Staff | Unknown | Stalking | A staff member reported that an unknown individual followed the complainant to various campus and off-campus locations.  The YPD responded and could not locate the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Staff | Unknown | Sexual assault | A staff member reported that an unknown individual engaged in sexual touching without consent at an on-campus event.  The YPD responded and could not locate the respondent.  The YPD provided the complainant with information on safety and victim services. |

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

*Report of Complaints of Sexual Misconduct, January 1, 2019 – June 30, 2019*

| Complainant | Respondent | Category of Misconduct Reported | Description/Actions Taken |
|---|---|---|---|
| Faculty | Faculty | Other | A faculty member reported that another faculty member, who had previously been arrested for stalking the complainant, violated a protective order.  The YPD investigated and arrested the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Faculty | Non-Yale | Sexual assault | A faculty member reported that a non-Yale individual physically assaulted and attempted to sexually assault the complainant at the complainant's workplace.  The YPD responded and arrested the respondent.  The YPD provided the complainant with information on safety and victim services. |
| Non-Yale | Faculty | Intimate partner violence | A non-Yale individual reported that a faculty member with whom the complainant was in a relationship physically assaulted the complainant.  The YPD investigated and arrested the respondent.  The YPD provided the complainant with information on safety and victim services. |

## Brief Definitions

The following are definitions for the specific terms Yale uses in this Report to categorize the behaviors that would constitute sexual misconduct under Yale's policies.  For more information on Yale's sexual misconduct policies and definitions, go to the Sexual Misconduct Response website.

***Sexual assault*** is any kind of nonconsensual sexual contact, including rape, groping, sexual penetration (which is the insertion of a penis, finger or object into another person's vagina or anus), or any other nonconsensual sexual touching. [ii]

Sexual activity requires ***affirmative consent***, which is defined as positive, unambiguous, and voluntary agreement to engage in specific sexual activity throughout a sexual encounter. Consent cannot be inferred from the absence of a "no"; a clear "yes," verbal or otherwise, is necessary.  Consent to some sexual acts does not constitute consent to others, nor does past consent to a given act constitute present or future consent. Consent must be ongoing throughout a sexual encounter and can be revoked at any time.

Consent cannot be obtained by threat, coercion, or force. Agreement under such circumstances does not constitute consent.

Consent cannot be obtained from someone who is asleep or otherwise mentally or physically incapacitated, whether due to alcohol, drugs, or some other condition. A person is mentally or physically incapacitated when that person lacks the ability to make or act on considered decisions to engage in sexual activity. Engaging in sexual activity with a person whom you know -- or reasonably should know -- to be incapacitated

---

[ii] The sexual assault data in this report will not correspond to Yale's annual report required under the federal Clery Act because this report uses a more expansive definition of sexual assault and includes cases from a broader geographic jurisdiction than in the Clery report.

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

constitutes sexual misconduct.  For illustrations of Yale's consent definition, see the *Sexual Misconduct Scenarios* at http://smr.yale.edu/.

***Intimate partner violence (IPV)*** occurs when a current or former intimate partner uses or threatens physical or sexual violence.  IPV also may take the form of a pattern of behavior that seeks to establish power and control by causing fear of physical or sexual violence. Stalking may also constitute IPV.

***Sexual harassment*** consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature on or off campus, when: (1) submission to such conduct is made either explicitly or implicitly a condition of an individual's employment or academic standing; or (2) submission to or rejection of such conduct is used as the basis for employment decisions or for academic evaluation, grades, or advancement; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating or hostile academic or work environment. Sexual harassment may be found in a single episode, as well as in persistent behavior. All members of the community are protected from sexual harassment, and sexual harassment is prohibited regardless of the sex or gender of the harasser.

***Stalking*** is repeated or obsessive unwanted attention directed toward an individual or group that is likely to cause alarm, fear, or substantial emotional distress.  Stalking may take many forms, including following, lying in wait, monitoring, and pursuing contact. Stalking may occur in person or through a medium of communication, such as letters, e-mail, text messages, or telephone calls.  In some circumstances, two instances of such behavior may be sufficient to constitute stalking.

***Other*** includes a range of prohibited behaviors that do not fall into the categories above.  Examples include voyeurism, audio-visual recording of sexual activity without consent, retaliation, and violations of the Policy on Teacher-Student Consensual Relations.

## Terminology Commonly Used in this Report

"UWC ***formal complaint***":  Formal resolution of a complaint through the UWC involves an investigation by an external fact-finder, a hearing, adjudication, and possible disciplinary sanctions.  See the UWC Procedures.

 "A Title IX Coordinator ***brought a formal complaint***":  Under certain circumstances, the Title IX Coordinator of the University or any Yale school may bring a complaint to the UWC.  Generally, a Title IX Coordinator may file a complaint in situations on behalf of someone who experienced sexual misconduct but who cannot take the formal role of a complainant.  In certain circumstances involving a serious threat to the University community, a Title IX coordinator may bring a complaint to the UWC when there is evidence that the University's policy on sexual misconduct has been violated and the Title IX Coordinator's intervention is needed to ensure that the matter reaches the UWC.  See the UWC procedures for more information.

"The Title IX Coordinator ***investigated***":  An investigation by a Title IX Coordinator generally includes, but is not limited to: interviewing the complainant and respondent, interviewing any witnesses or other parties with knowledge of the alleged conduct, and collecting documentation (including email or other communications)

**Questions?** See the Title IX FAQs and Sexual Misconduct Scenarios for more information.

relevant to the complaint.  Upon reviewing the evidence gathered, The Title IX Coordinator determines whether a violation of University policy occurred, whether any actions should be taken, and recommends disciplinary action, if warranted.

"***Sufficient evidence*** to support the allegations": The UWC and the Title IX Coordinators apply the "preponderance of the evidence" standard (i.e., whether it is more likely than not) to determine, based on the evidence gathered during the investigation, whether the alleged conduct occurred and, if so, whether it violates any University policies.

"The respondent was ***counseled on appropriate conduct***": In some cases, a Title IX Coordinator, or an administrator working in consultation with the Title IX Coordinator, will meet with the respondent to review the complaint and the University's definitions and policies, discuss and affirm expected behaviors, and warn the respondent about possible consequences for violations of the University sexual misconduct policies.

"***No-contact restrictions (or agreement)***":  In all UWC formal complaints, no-contact restrictions are put in place for the duration of the UWC review.  In cases resolved through a Title IX Coordinator, no-contact restrictions are made by agreement of the parties.  In some cases, a respondent is issued a warning to cease all forms of contact (including physical, verbal, and electronic) with the complainant, which may also limit access to all or certain parts of campus.

"Provided the complainant with ***information on safety and victim services***":  The YPD has a Sensitive Crimes & Support Coordinator who assists those affected by sexual misconduct and can help complainants connect with SHARE or other University offices, coordinate interim safety measures, provide safety planning, and serve as a liaison with victims' assistance services.  See the [YPD website](YPD website) for more information.

"The case is ***pending***":  In the case of a formal complaint under review by the UWC, "pending" means that the review of the complaint is still in process and the result will not be reported until a final decision on the complaint has been issued.  In the case of a complaint brought to a Title IX coordinator, "pending" means that the resolution of the complaint is still in process, e.g., the Title IX coordinator is investigating the complaint or the complainant is still evaluating options.

**Questions?** See the [Title IX FAQs](Title IX FAQs) and [Sexual Misconduct Scenarios](Sexual Misconduct Scenarios) for more information.