# EXHIBIT 5

# Academic Sexual Misconduct Database

# Welcome

**This database is intended to serve as an Open Access (OA) resource.**

***This database is an aggregator of public information only. Please contact** original sources *to have erroneous information removed before contacting the database. Cases can be modified, added, or deleted as information becomes available publicly.*

The Academic Sexual Misconduct Database was initiated in February 2016. The compilation of these data and the creation of the database is done as part of a program of research. This database includes public cases of academic sexual misconduct, including violation of relationship policies. All cases are based on publicly available documents or media reports, and only cases documented publicly can be included. For now, the database is limited to cases within the United States and its territories.

## Definitions

**Academic:** employment in any setting where college or university students, faculty, or administrators are working or studying.

**Sexual misconduct:** sexual harassment, sexual assault, sexual misconduct, stalking, violations of dating policies, violations of campus pornography policies, retaliation when accused of sexual misconduct, and similar violations.

**Evidence:** institutional finding; admission on part of the accused; accused resigned/retired/died before an institution completed an investigation; a settlement by either the accused or the institution was reached with the victim/survivor; documented evidence (usually in form of texts or emails) of sexual misconduct exists; a legal finding of fact was made by a court, with or without legal punishment.

## Reference

Libarkin, J. (CURRENT YEAR). Academic Sexual Misconduct Database. Retrieved MONTH/DAY/YEAR, from https://academic-sexual-misconduct-database.org



## Data

Access 1300+ publicly documented resolved and ongoing cases of sexual misconduct perpetrated by U.S. faculty, administrators and other staff. Users can search and browse the incidents by institution, person, outcome, and other data fields.

## Outputs

As the database evolves, we hope to provide visualizations and tools for quick analysis of cases.

