# EXHIBIT 6

# Sexual Misconduct & Title IX
at Princeton University

# Data, Reports, and Training Materials

Princeton University is committed to protecting members of the University community from sexual misconduct, such as sexual harassment and sexual assault, stalking, and dating violence.  In this section, you will find data, reports, and training materials relating to sexual misconduct.

## Penalties in Sexual Misconduct Cases

Summary information regarding Penalties in Sexual Misconduct Cases (2014-2023) (/node/53)

## Disciplinary Reports

Sexual Misconduct Report 2023-2024 (/document/271) (.pdf)

Sexual Misconduct Report 2022-2023 (/document/236) (.pdf)

Title IX and Sexual Misconduct Report Investigations/Adjudications and Alternate Resolutions 2021-2022 (/title-ixsexual-misconduct-report-2021-2022)

Title IX and Sexual Misconduct Report Investigations/Adjudications and Informal Resolution Process 2020-2021 (/node/60)

Sex Discrimination and Sexual Misconduct Discipline Report 2019-2020 (/node/58)

Sex Discrimination and Sexual Misconduct Discipline Report 2018-2019 (/node/54)

Sex Discrimination and Sexual Misconduct Discipline Report 2017-2018 (/node/49)

Sex Discrimination and Sexual Misconduct Discipline Report 2016-2017 (/node/46)

Sex Discrimination and Sexual Misconduct Discipline Report 2015-2016 (/node/44)

Sex Discrimination and Sexual Misconduct Student Discipline Report 2014-2015 (/reports/student)

## Training Materials for University Officials Involved in Grievance Processes

Pursuant to section XIII (https://inclusive.princeton.edu/addressing-concerns/policies/title-ix-sexual-harassment-policy#TIXPSection13) of the Title IX Sexual Harassment policy, below are trainings provided to University officials with responsibilities under the Title IX Sexual Harassment policy.

Fair, Equitable Trauma-Informed Investigations (/document/133) (.pdf) - Jeffrey J. Nolan, Esq.

FERPA Presentation to Investigators (/document/135) (.pdf)

Intersectional Approaches to Trauma Informed Response (/document/145) (.pdf)

- Intersectional Approaches Supporting Documentation (/document/144) (.pdf)

SUNY Student Conduct Institute Training (https://system.suny.edu/sci/postedtraining/) (live and online)

Title IX Sexual Harassment & University Sexual Misconduct: Training for Investigators (/document/171) (.pdf)

Training for Adjudicators (/document/231) (.pdf)  If you encounter an accessibility issue related to this document, please contact Randy Hubert (mailto:rhubert@princeton.edu), Director of Gender Equity and Title IX Administration

Training for Appeal Officers (/document/166) (.pdf)

Training for Sanction Officers (/document/181) (.pdf)

Webinars provided by the U.S. Department of Education (/node/59)

Zoom Training (/document/140) (.pdf)

## We Speak Survey Reports

We Speak: Attitudes on Sexual Misconduct at Princeton 2022 (/document/246) (.pdf)

We Speak: Attitudes on Sexual Misconduct at Princeton 2017 (/document/108) (.pdf)

We Speak: Attitudes on Sexual Misconduct at Princeton 2016 (/document/104) (.pdf)

We Speak: Attitudes on Sexual Misconduct at Princeton 2015 (/document/98) (.pdf)

## Restorative Practices Working Group Report (Spring 2020)

Restorative Practices Working Group Summary Report (/document/128) (.pdf)

## Joint Committees & External Review Reports

Joint Committees Report Executive Summary (/document/123) (.pdf)

Joint Committees Report (/document/122) (.pdf)

Joint Committees Report Appendices (/document/121) (.pdf)

External Review Executive Summary (/document/119) (.pdf)

External Review Report (/document/118) (.pdf)

External Review Report Attachments (/document/120) (.pdf)

Office of Gender Equity & Title IX Administration Fall 2020 Update (/document/136) (.pdf)

## Committee Reports

Faculty-Student Committee Recommendations 2018-2019 (/document/112) (.pdf)

Faculty-Student Committee Recommendations 2017-2018 (/document/109) (.pdf)

Faculty-Student Committee Recommendations 2016-2017 (/document/106) (.pdf)

Faculty-Student Committee Recommendations 2015-2016 (/document/101) (.pdf)

Faculty-Student Committee Recommendations 2014-2015 (/document/100) (.pdf)



(/document/256)

We Speak 2022 Survey Results (/document/246) (.pdf)

We Speak 2022 Survey Executive Summary 📄 (/document/251) (.pdf)