# EXHIBIT 7

 

# Annual Reports

MIT is committed to the transparent and timely reporting of incidents of discrimination, bias, and harassment. Since 2013, the IDHR Office has worked diligently to respond to reports of harmful actions and behaviors, prevent recurrence, and remedy the effects by providing impartial investigations, resources, and accommodations.

In keeping with those commitments, the Office produces an annual report compiling data from the past academic year's reports and cases to shed light on the issues impacting our campus. These annual reports detail the nature of the reports received by the Office involving students, faculty*, and staff* during the preceding academic years. For details on terminology used in the reports, see **Policies and Definitions**. In addition to information about reports and cases, the Annual Report also updates the MIT community on the Office's training and education efforts made in the academic year.

*Faculty and Staff is included starting with the 2019-2020 academic year Annual Report as the scope of the IDHR Office broadened.

**2022-2023 Annual Report**

**2021-2022 Annual Report**

**2020-2021 Annual Report**

**2019-2020 Annual Report**

**2018-2019 Annual Report**

**2017-2018 Annual Report**

**2016-2017 Annual Report**

**2015-2016 Annual Report**

QUICK EXIT

 Institute Discrimination & Harassment Response Office
Massachusetts Institute of Technology
120 Massachusetts Avenue, W31-310, Cambridge, MA 02139
Contact Us

Accessibility

QUICK EXIT