# EXHIBIT 8




Menu

Home  >  Annual Data



# Annual Data

## FY23 Annual Data

Annual data for disclosures and complaints is available on the Office for Gender Equity's Data Dashboard. The Office for Dispute Resolution's annual data for FY23 is available below.

Read the ODR-Only Excerpt (PDF) 

# Read Previous Annual Data and Reports

Open all sections   Close all sections

## ⌃ FY22 Annual Data

- Read the ODR-Only Excerpt (PDF)

## ⌃ FY21 Annual Report

- Read the ODR-Only Excerpt (PDF)
- Read the FY21 Joint Annual Report (PDF)

## ⌃ FY20 Annual Report

### FY20 Annual Report

- Read the FY20 ODR/Title IX Office Joint Annual Report (PDF)
- Read the FY20 ODR Excerpt (PDF)

## ⌃ FY19 Annual Report

### FY19 Annual Report

- Read the FY19 ODR/Title IX Office Joint Annual Report

- Read the FY19 ODR Excerpt

## ⌃ FY18 Annual Report

### FY18 Annual Report

- Read the FY18 Title IX Office/ODR Joint Annual Report

## ⌃ FY17 Annual Report

### FY17 Annual Report

- Read the FY17 ODR/Title IX Office Joint Annual Report
- Read the FY17 ODR Excerpt

## ⌃ FY16 Annual Report

### FY16 Annual Report

- Read the FY16 ODR/Title IX Office Joint Annual Report

Office for Dispute Resolution

Note: ODR is open, including for communicating with parties and witnesses, from 9 a.m. to 5 p.m. (ET) on weekdays, excluding University holidays and similar closures. ODR primarily operates remotely (for example, by email, Zoom, and telephone), but we are pleased to schedule in-person meetings in ODR's office upon request.

Smith Campus Center, Suite 901
1350 Massachusetts Avenue
Cambridge, MA 02138

(617) 495-3786

odr@harvard.edu

Admin login

Copyright © 2025 The President and Fellows of Harvard College

Accessibility

Digital Accessibility

Report Copyright Infringement

Info Practices