# EXHIBIT 9

Stanford University

# Stanford
Office of the Vice Provost for Institutional Equity, Access & Community

Menu

# Reports

Disability Access: Reports are published in a readable PDF. **Please contact the Diversity & Access Office** if you cannot access any of the reports due to a disability and need to request the information in an alternate format.

2022-23 Ombuds Annual Report

2022-23 Title IX/Sexual Harassment Annual Report

2021-22 Title IX/Sexual Harassment Annual Report

2020-21 Title IX/Sexual Harassment Annual Report

2019-20 Title IX/Sexual Harassment Annual Report

Stanford External Review Report 5-28-20

SHARE Hearing Procedure, applies to faculty and student respondents.

SHARE Investigation Procedure, applies to matters in which a student complainant is bringing forward a concern against a staff member or PostDoctoral scholar.

Memo on Drafting Process for Title IX Procedure August 21, 2020

Chart Overview of Feedback on Title IX Procedure August 21, 2020

Title IX FAQs August 18, 2020

Title IX Procedure August 14, 2020

Draft Title IX Procedure for Input August 4 - 9, 2020

Provost Drell's Message on New Title IX Regulations Issued by U.S. Department of Education

2018-19 Title IX/Sexual Harassment Annual Report

2019 AAU Campus Climate Survey on Sexual Assault

2017-18 Title IX/Sexual Harassment Annual Report

Provost Drell's Statement Regarding the Stanford OCR Title IX Resolution Agreement April 10, 2018

Stanford OCR Title IX Resolution Agreement April 6, 2018

OCR Letter to Stanford April 10, 2018

2016-17 Title IX/Sexual Harassment Report (Updated)

May 2017 Progress Report on Student Title IX Process

2017 Clery Report

April 2015 Report of the Provost's Task Force on Sexual Assault Policies and Practices