# EXHIBIT 11

Home (/)  >  Key Issues (/key-issues)  >  AAU Climate Survey on Sexual Assault and Sexual Misconduct (2015)

September 3, 2015

# AAU Climate Survey on Sexual Assault and Sexual Misconduct (2015)

 CLIMATE SURVEY ON SEXUAL ASSAULT AND SEXUAL MISCONDUCT (/ISSUES/CLIMATE-SURVEY-SEXUAL-ASSAULT-AND-SEXUAL-MISCONDUCT) 
 REPORTS (/CATEGORY/DOCUMENT-TYPE/REPORTS)     CAMPUS CLIMATE AND SAFETY (/ISSUES/CAMPUS-CLIMATE-AND-SAFETY) 

**Update: See AAU's 2019 Survey on Sexual Assault and Misconduct (https://www.aau.edu/key-issues/campus-climate-and-safety/aau-campus-climate-survey-2019)**

## Overview

The primary goal of the Campus Climate Survey on Sexual Assault and Sexual Misconduct (/sites/default/files/%40%20Files/Climate%20Survey/AAU_Campus_Climate_Survey_12_14_15.pdf) was to provide participating institutions of higher education with information to inform policies to prevent and respond to sexual assault and misconduct.

The survey was designed to assess the incidence, prevalence and characteristics of incidents of sexual assault and misconduct. It also assessed the overall climate of the campus with respect to perceptions of risk, knowledge of resources available to victims and perceived reactions to an incident of sexual assault or misconduct. For information about the methods used in the survey read the methodology report. (/sites/default/files/%40%20Files/Climate%20Survey/Methodology_Report_for_AAU_Climate_Survey_4-12-16.pdf)

**NOTE**: *During a review of our 2015 Campus Climate Survey on Sexual Assault and Misconduct by independent researchers, a minor coding error was detected. The error was not substantive and did not affect any report findings or conclusions. Westat has corrected the coding error and provided updated data to participating universities. For further detail and information on how to find this revision in the aggregate report, please refer to this document. (/sites/default/files/AAU-Files/Key-Issues/Campus-Safety/Climate-Suvey-Erratum.pdf)*

## Key Findings

- Overall, 11.7 percent of student respondents across 27 universities reported experiencing nonconsensual sexual contact by physical force, threats of physical force, or incapacitation since they enrolled at their university.
- The incidence of sexual assault and sexual misconduct due to physical force, threats of physical force, or incapacitation among female undergraduate student respondents was 23.1 percent, including 10.8 percent who experienced penetration.
- Overall rates of reporting to campus officials and law enforcement or others were low, ranging from five percent to 28 percent, depending on the specific type of behavior.
- The most common reason for not reporting incidents of sexual assault and sexual misconduct was that it was not considered serious enough. Other reasons included because they were "embarrassed, ashamed or that it would be too emotionally difficult," and because they "did not think anything would be done about it."
- More than six in 10 student respondents (63.3 percent) believe that a report of sexual assault or sexual misconduct would be taken seriously by campus officials.

Executive Summary

Tools

Cookie settings



Reauthorizing the Higher Education Act: Combating Campus Sexual Assault

READ TESTIMONY (HTTP://WWW.HELP.SENATE.GOV/HEARINGS/REAUTHORIZING-THE-HIGHER-EDUCATION-ACT-COMBATING-CAMPUS-SEXUAL-ASSAULT)

---

Survey Materials

Click below to access the following materials:

Full Report (/sites/default/files/AAU-Files/Key-Issues/Campus-Safety/AAU-Campus-Climate-Survey-FINAL-10-20-17.pdf)

Executive Summary (/sites/default/files/%40%20Files/Climate%20Survey/Executive%20Summary%2012-14-15.pdf)

Original Press Release (/sites/default/files/files/AAU%20Releases%20Report%20on%20Campus%20Climate%20Survey%20on%20Sexual%20Assault%20and%20Sexual%20Misconduct%20-%209-21-15.pdf)

Revised Press Release (/sites/default/files/AAU-Files/Key-Issues/Campus-Safety/Climate-Survey-Coding-Error-Release.pdf)

Fact Sheet (/sites/default/files/%40%20Files/Climate%20Survey/Fact%20Sheet%20for%20AAU%20Climate%20Survey%20-%209-21-15_0.pdf)

Survey Instrument (/sites/default/files/%40%20Files/Climate%20Survey/Survey%20Instrument.pdf)

FAQ (/sites/default/files/%40%20Files/Climate%20Survey/AAU%20Climate%20Survey%20FAQ%20-%20-%209-21-15.pdf)

Methodology Report (/sites/default/files/%40%20Files/Climate%20Survey/Methodology_Report_for_AAU_Climate_Survey_4-12-16.pdf)

Characteristics of Nonconsensual Sexual Contact Incidents (/sites/default/files/%40%20Files/Climate%20Survey/Characteristics-of-Nonconsensual-Sexual-Contact.pdf)

Victims Use of Resources, Evaluation of Resources, and Reasons for not Using Resources (/sites/default/files/%40%20Files/Climate%20Survey/Victims%E2%80%99%20Use%20of%20Resources%2C%20Evaluation%20of%20Resources%…

Recurring Victimization in the AAU Climate Survey on Sexual Assault and Sexual Misconduct (/sites/default/files/%40%20Files/Climate%20Survey/Recurring%20Victimization%20in%20the%20AAU%20Climate%20Survey%20on%20Sexual%…

Affordability & Student Aid (/affordability-and-student-aid)

Student Loans (/issues/student-loans)

Student Aid (https://www.aau.edu/key-issues/student-aid)

Key Issues (/key-issues/)

2024 Advocacy Priorities (/key-issues/advocacy-priorities)

Accreditation & Accountability (/key-issues/accreditation-accountability)

Campus Climate and Safety (/key-issues/campus-climate-and-safety)

Federal Budget (/key-issues/federal-budget)

Higher Education Legislation (/key-issues/higher-education-legislation)

Higher Education Regulation (/key-issues/higher-education-regulation)

Humanities (/key-issues/humanities)

Immigration (/key-issues/immigration)

Innovation & Competitiveness (/key-issues/innovation-competitiveness)

Intellectual Property (/key-issues/intellectual-property)

Research Administration & Regulation (/key-issues/research-administration-regulation)

Science & Security (/key-issues/science-security)

Taxation & Finance (/key-issues/taxation-finance)

Newsroom (/newsroom)

Articles & Op Eds (/newsroom/articles-op-eds)

Barbara's Blog (/newsroom/blog/barbaras-blog)

Immigrant Spotlight (/newsroom/immigrant-spotlight)

Leading Research Universities Report (https://www.aau.edu/newsroom/leading-research-universities-report/leading-research-universities-report)

Press Releases (/newsroom/press-releases)

Research (/research)

Featured Research (/research/featured-research)

University Research (/research/university-research)

Why University Research Matters (/research/why-university-research-matters)

The Government-University Partnership (/research/government-university-partnership)

Education & Community Impact (/education-community-impact)

Community Impact (/education-community-impact/community-impact)

International (/education-community-impact/international-collaborations)

Graduate Education (/education-community-impact/graduate-education)

Undergraduate Education (/education-community-impact/undergraduate-education)

Who We Are (/who-we-are-americas-leading-research-universities)

Our Members (/who-we-are/our-members)

Membership Policy (/who-we-are/membership-policy)

Leadership (/who-we-are/leadership)

Jobs (/who-we-are/jobs)

By the Numbers (/aau-numbers)

Key Documents (/who-we-are/key-documents)

Values (/who-we-are/aau-values)

1200 New York Ave NW, Suite 500

Washington, DC 20005

Terms of Use and Privacy Policy (/website-terms-use-and-privacy-policy)

**Phone**  202.408.7500

© The Association of American Universities (AAU)

Social