# EXHIBIT 14

# Yale

## By the Numbers

*Data provided by the Office of Institutional Research*

**6,749**
UNDERGRADUATE STUDENTS

**8,263**
GRADUATE & PROFESSIONAL STUDENTS

**30%**
% OF INTERNATIONAL STUDENTS

**3,395**
INTERNATIONAL SCHOLARS (TRAINEES, FACULTY, AND STAFF)

**124**
COUNTRIES REPRESENTED BY INTERNATIONAL STUDENTS

**5,499**
FACULTY MEMBERS

**11,590**
STAFF MEMBERS

**54%**
% OF UNDERGRADUATES RECEIVING YALE FINANCIAL AID

## Yale Facts

Yale University is a large research university with a wide array of programs, departments, schools, centers, museums, and many affiliated organizations.

The facts below address some frequently asked statistical questions about Yale. More detailed statistics are available from the Office of Institutional Research (https://oir.yale.edu/).

## Documents & Guides

**UNIVERSITY FACTSHEETS** ▸(HTTPS://OIR.YALE.EDU/QUICK-FACTS)

**FUNDING YALE: A GUIDE TO THE UNIVERSITY'S FINANCES** ▸(HTTPS://YALE.EDU/FUNDING-YALE)

**REPORT OF THE COMMITTEE ON FREEDOM OF EXPRESSION (WOODWARD REPORT)** ▸(HTTPS://YALECOL KNOW-YALE-COLLEGE/OFFICE-DEAN/REPORTS/RE COMMITTEE-FREEDOM-EXPRESSION-YALE)

## Fall 2023 Enrollment

| DIVISION | MALE | FEMALE | N/UNK | TOTAL | % INTERNATIONAL* |
|---|---|---|---|---|---|
| Yale College | 3,194 | 3,440 | 115 | 6,749 | 11% |

| DIVISION | MALE | FEMALE | N/UNK | TOTAL | % INTERNATIONAL* |
|---|---|---|---|---|---|
| Special (Degree & Non-Degree) | 42 | 27 | 0 | 69 | 1% |
| Graduate School of Arts & Sciences | 1,299 | 1,569 | 61 | 2,929 | 42% |
| **Professional School Programs** | | | | | |
| Architecture | 102 | 128 | 5 | 235 | 55% |
| Art | 44 | 62 | 18 | 124 | 37% |
| Divinity | 88 | 132 | 9 | 229 | 13% |
| David Geffen School of Drama | 90 | 127 | 13 | 230 | 24% |
| School of the Environment | 101 | 176 | 7 | 284 | 36% |
| Jackson Global Affairs | 42 | 33 | 0 | 75 | 55% |

| DIVISION | MALE | FEMALE | N/UNK | TOTAL | % INTERNATIONAL* |
|---|---|---|---|---|---|
| Institute of Sacred Music (ISM) | 31 | 30 | 0 | 61 | 8% |
| Law | 312 | 329 | 13 | 654 | 10% |
| Management | 583 | 468 | 1 | 1,052 | 42% |
| Medicine | 232 | 225 | 3 | 460 | 8% |
| Physician Associate Program | 38 | 74 | 0 | 112 | 3% |
| Physician Assistant Online Program | 27 | 106 | 0 | 133 | 0% |
| Public Health | 146 | 380 | 4 | 530 | 41% |
| School of Engineering & Applied Sciences | 377 | 168 | 1 | 546 | 64% |
| Music | 111 | 82 | 2 | 195 | 33% |
| Nursing | 76 | 336 | 2 | 414 | 3% |

| DIVISION | MALE | FEMALE | N/UNK | TOTAL | % INTERNATIONAL* |
|---|---|---|---|---|---|
| **Professional School Programs Total** | 2,400 | 2,856 | 78 | 5,334 | 30% |
| **Total University** | **6,935** | **7,892** | **254** | **15,081** | **24%** |

* Students pursuing degrees in the fields of engineering and applied science are enrolled in either Yale College or in the Graduate School of Arts and Sciences. Institute of Sacred Music students are also enrolled in either the Divinity School or the School of Music, and counted only once in this table, in the ISM row. Enrollment figures for each school include only those students paying tuition to that school in the fall term. Columns above give student gender: M (men), W (women), N (as offered to students; includes gender nonbinary and cases with no self-reported data).

## University-wide Enrollments by Ethnicity (% of non-international enrollment)*

| ETHNICITY | % | N |
|---|---|---|
| Black or African-American | 7.2% | 1,081 |
| American Indian/Alaska Native | 0.3% | 48 |
| Asian | 16.7% | 2,524 |
| Native Hawaiian or other Pacific Islander | 0.1% | 18 |

| ETHNICITY | % | N |
|---|---|---|
| International | 23.6% | 3,564 |
| Hispanic of any race | 12.0% | 1,814 |
| White | 33% | 4,974 |
| Two or more | 5.5% | 827 |
| Race/ethnicity unknown | 1.5% | 231 |

# International Students

124 countries are represented

Countries most represented: China, India, Canada, United Kingdom, South Korea, Brazil and Germany.

# Yale College Student Body Characteristics

99% of first-years return for their sophomore year. (Fall, 2023)
80% of undergraduates live in university housing. (Fall, 2023)
100% of first-years live in university housing (Fall, 2023)
98% of undergraduates graduate within six years.
94% of undergraduates are from out-of-state (including international students).
The average age of an undergraduate is 20.
Regular and summer term students had 966 study abroad experiences in AY 2022-2023.

# First-year Class Statistics - Fall 2023

- Acceptance Statistics:

    - # of Applicants: 51,803

    - % Admitted: 4.5%

    - # of Matriculants: 1,641

    - Yield: 70%

- 60% of matriculants came from public high schools.

- 40% of matriculants came from independent day, boarding, and religious schools.

- 12% of matriculants were children of Yale alumni.

- 12% of matriculants were international students.

- Test score ranges (25th to 75th percentiles) for enrolled first-years*:

    - SAT-Verbal: 740-780

    - SAT-Math: 760-800

    - ACT: 33-35

*Beginning in Fall 2024, Yale has adopted a test-flexible policy. [More information on the policy can be found here (https://admissions.yale.edu/standardized-testing)](https://admissions.yale.edu/standardized-testing).

# Degrees Conferred (July 1, 2022 - June 30, 2023)

| DEGREE | MEN | WOMEN | TOTAL | N | % WHO ARE INTERNATIONAL |
| --- | --- | --- | --- | --- | --- |
| **Bachelors** | 725 | 724 | 1,449 | 149 | 10% |
| Masters & Post-Masters Certificates | 1,300 | 1,643 | 2,943 | 1,055 | 36% |
| **Doctorates** | | | | | |
| Research & Scholarship | 246 | 217 | 463 | 169 | 37% |
| Professional Practice | 174 | 157 | 331 | 11 | 3% |
| Doctorate Other | 3 | 3 | 6 | 2 | 33% |
| **Total Doctorates** | **423** | **377** | **800** | **182** | **23%** |
| **Total Number Degrees** | **2,448** | **2,744** | **5,192** | **1,384** | **27%** |

# Yale College Post-Graduate Plans - Class of 2023

The Yale Office of Career Strategy was able to obtain information on the post-graduate outcomes for 90.3% of the total Yale College Class of 2023, with approximately six percent of the Class still seeking opportunities six months after graduation. When asked about post-graduate plans, almost three-quarters (73.6%) are employed, with the next largest group (19%) attending graduate school. Among those employed, 69.2% indicated they intend to pursue graduate school within the next five years. Almost two percent of respondents are pursuing their own entrepreneurial ventures.

| CONFIRMED PLANS FOR FALL 2023 | CLASS OF 2023 |
| --- | --- |
| Employed: full-time/part-time/short-term position | 73.6% |
| Attending graduate or professional school | 19.0% |
| Employed: Independent research | 1.7% |
| Employed: Military service | 1.2% |
| Not seeking employment or continuing education | 0.7% |

To view the full report, please visit the Yale Office of Career Strategy (https://ocs.yale.edu/outcomes/).

# Undergraduate Financial Aid 2022-23

All scholarships and grants are awarded on the basis of demonstrated financial need.

# of students who received scholarships/grants (from Yale sources): 3,576 (54%)
Average need-based scholarships/grants (from all sources): $64,924
Average need-based scholarships/grants (from Yale sources): $62,536
Range of individual scholarships/grants (from Yale sources): $330-$95,167

## Faculty Headcounts - Fall 2023

| YALE SCHOOLS | TENURED | TERM | CONTINUING | INSTRUCTIONAL | RE |
|---|---|---|---|---|---|
| Arts & Sciences | 444 | 160 | 0 | 366 | 118 |
| Engineering & Applied Science | 64 | 37 | 0 | 20 | 31 |
| Architecture | 8 | 5 | 0 | 80 | 0 |
| Art | 7 | 3 | 0 | 62 | 1 |
| Divinity | 23 | 10 | 0 | 29 | 7 |
| David Geffen School of Drama | 1 | 0 | 0 | 109 | 0 |
| Environment | 27 | 6 | 0 | 23 | 19 |
| Jackson School of Global Affairs | 0 | 0 | 0 | 43 | 1 |
| Law | 54 | 2 | 8 | 53 | 77 |

| YALE SCHOOLS | TENURED | TERM | CONTINUING | INSTRUCTIONAL | RE |
|---|---|---|---|---|---|
| Management | 46 | 41 | 0 | 36 | 1 |
| Medicine | 220 | 112 | 1,840 | 257 | 68 |
| Music | 3 | 0 | 0 | 67 | 2 |
| Nursing | 10 | 6 | 12 | 93 | 1 |
| Public Health | 41 | 34 | 26 | 9 | 57 |
| **Total** | **948** | **416** | **1,886** | **1,247** | **1,0** |

Faculty with appointments in multiple Yale schools are counted only once in this table and are included in the school where they hold their primary appointment. As a result, the numbers listed for any one school may not fully represent the entire body of faculty who teach and work with students in that school.

In the Schools of Music and Drama, adjunct professors provide the core of the schools' regular faculty. As a result, the distinction among the categories of tenured/term/non-ladder is less relevant in those schools.

In 2018 the additional category of Ladder/Continuing was added to the table. This category counts Law, Medicine, and Nursing ladder faculty who are not on the tenure track.

Faculty appointed to Yale College are counted within the Faculty of Arts & Sciences. Ladder faculty in the Jackson School of Global Affairs are counted in the schools in which they are jointly appointed. Faculty in the Institute of Sacred Music are

counted in either the School of Music or the Divinity School. Prior to 2022, faculty in the School of Engineering and Applied Science were counted within the Faculty of Arts & Sciences.

Faculty who are paid by Yale (including visiting faculty) or are Howard Hughes Medical Investigators are included. Faculty who are on leave without salary are excluded.

## University Staff Headcounts - Fall 2023

| STAFF CLASSIFICATION | HEADCOUNT |
| --- | --- |
| Managerial & Professional | 5,932 |
| Clerical & Technical | 4,335 |
| Service & Maintenance | 1,314 |
| Other Academic | 9 |
| **Total** | **11,590** |

Copyright © 2025 Yale University All Rights Reserved Contact Web Editor (/contact-us/contact-web-editor).