# EXHIBIT 15

# Pending Cases Currently Under Investigation at Elementary-Secondary and Post-Secondary Schools

As a public service, the Office for Civil Rights (OCR) publishes this list of elementary-secondary and post-secondary institutions that are currently under investigation. OCR updates the list weekly.

An institution named on this list means that OCR has initiated an investigation of a case concerning that institution. Inclusion on the list does not mean that OCR has made a decision about the case. For more information about OCR's case processes, please refer to OCR's Case Processing Manual (https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf).

Last Updated: January 14, 2025
Updated every Tuesday



**State ^ (?**
field_ois_state=All&field_ois_discrimination_statute=701&field_ois_type_of_discrimination=All&items_pe

| State |
| --- |
| AL |
| AL |

**State ⌃ (?**
**field_ois_state=All&field_ois_discrimination_statute=701&field_ois_type_of_discrimination=All&items_pe**

| State |
| --- |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |
| AL |

**ld_open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=0)**

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=1)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=2)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=3)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=4)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=5)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=6)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=7)

_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=8)    …

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=1)

open_investigation_date_2=&field_open_investigation_date=&field_open_investigation_date_3=&page=64)

Displaying 1 - 20 of 1292 records

U.S. Department of Education's Office for Civil Rights (https://www2.ed.gov/about/offices/list/ocr/index.html) home page