# EXHIBIT 20

U.S. Department of Health & Human Services　　　　　　　　　　　　Printer Friendly　　Text Size  A  A  A



Search [        ] 🔍

HOME | ABOUT RePORT | FAQs | CONTACT US

# FUNDING

HOME > Funding > NIH Awards By Location



## NIH Awards by Location & Organization

Explore year-by-year NIH funding by institution, state, congressional district, and more!

 FROZEN

*FY 2015 frozen data updated on 4/8/2016 to remove 48 duplicate awards*

| | | | | |
|---|---|---|---|---|
| Fiscal Year : | 2015 | Location : | VA | SELECT |
| Institute/Center : | All  SELECT | Congressional District : | All | SELECT |
| Funding Mechanism : | All  SELECT | Organization Type : | All | SELECT |
| Opportunity Number : | | Organization : | UNIVERSITY OF VIRGINIA | SELECT |
| | Format: RFA-IC-09-003 or PA-09-003 | | ◉ Contains  ◯ Begins with | |

SUBMIT QUERY    RESET QUERY

By Organization | By IC | By PI | By Location | By Funding Mechanism | Data

**Note:** Although this list can be sorted by the amount of funding each organization receives, these data should not be interpreted as a ranking of institutions by NIH. NIH's use of multiple principal investigator awards makes calculations of the total funding received by individual departments impractical and there are multiple ways in which the funding data can be aggregated across universities' schools and departments that can alter the ordering of institutions.

Prior to 2011, NIH reported the dollar amount of administrative supplements but, because they are supplements to existing projects, did not count these supplements as "awards". As a result, every year there may have been a small number of organizations that received NIH funding but appear in this table as having "0" (zero) awards.

These data do not include projects funded by the American Recovery and Reinvestment Act of 2009. For a list of those projects, please visit https://report.nih.gov/recovery.

For consistency in reporting on past fiscal years, this site uses frozen information for past fiscal years, and this may differ from current information displayed on RePORTER. Upon completion of each fiscal year, research and development contract records are integrated with frozen grant records and posted in December. Institutions may review their grant records and request updates.

◉ Show All   ◯ Group By System/Main Campus ᴮᴱᵀᴬ                                                EXPORT TABLE

| Organization | City | State | Country | Awards | Funding |
|---|---|---|---|---|---|
| UNIVERSITY OF VIRGINIA | CHARLOTTESVILLE | VA | UNITED STATES | 310 | $113,546,470 |

### UNIVERSITY OF VIRGINIA awards summary for Fiscal Year 2015

| Funding Mechanism ▾ | Dollar Amount | Awards |
|---|---|---|
| Other Research-Related | $3,248,842 | 22 |
| Research Centers | $5,360,427 | 8 |
| RPGs - Non SBIR/STTR | $98,391,009 | 243 |
| Training - Individual | $779,627 | 20 |
| Training - Institutional | $5,766,565 | 17 |
| **Total** | **$113,546,470** | **310** |

Download Readers: 📄 📊 📝 📊

About RePORT | FAQ | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | HHS Vulnerability Disclosure

Office of Extramural Research | National Institutes Of Health | U.S. Department of Health and Human Services | USA.Gov - Government Made Easy | Grants.Gov

Page Last Updated on December 12, 2019

NIH...*Turning Discovery Into Health*®