# EXHIBIT 21

U.S. Department of Health & Human Services

Printer Friendly   Text Size  A A **A**



Search [        ] 🔍

HOME | ABOUT RePORT | FAQs | CONTACT US

# FUNDING

HOME > Funding > NIH Awards By Location



## NIH Awards by Location & Organization

FROZEN 📦

Explore year-by-year NIH funding by institution, state, congressional district, and more!

Data frozen as of 10/14/2016. Data released on 12/27/2016

| | | | |
|---|---|---|---|
| Fiscal Year : | [2016 ▼] | Location : | [VA]  [SELECT] |
| Institute/Center : | [All]  [SELECT] | Congressional District : | [All]  [SELECT] |
| Funding Mechanism : | [All]  [SELECT] | Organization Type : | [All]  [SELECT] |
| Opportunity Number : | [      ] Format: RFA-IC-09-003 or PA-09-003 | Organization : | [UNIVERSITY OF VIRGINIA]  [SELECT] |
| | | | ◉ Contains  ○ Begins with |

[SUBMIT QUERY]   [RESET QUERY]

By Organization   By IC   By PI   By Location   By Funding Mechanism   Data

**Note:** Although this list can be sorted by the amount of funding each organization receives, these data should not be interpreted as a ranking of institutions by NIH. NIH's use of multiple principal investigator awards makes calculations of the total funding received by individual departments impractical and there are multiple ways in which the funding data can be aggregated across universities' schools and departments that can alter the ordering of institutions.

Prior to 2011, NIH reported the dollar amount of administrative supplements but, because they are supplements to existing projects, did not count these supplements as "awards". As a result, every year there may have been a small number of organizations that received NIH funding but appear in this table as having "0" (zero) awards.

These data do not include projects funded by the American Recovery and Reinvestment Act of 2009. For a list of those projects, please visit https://report.nih.gov/recovery.

For consistency in reporting on past fiscal years, this site uses frozen information for past fiscal years, and this may differ from current information displayed on RePORTER. Upon completion of each fiscal year, research and development contract records are integrated with frozen grant records and posted in December. Institutions may review their grant records and request updates.

◉ Show All   ○ Group By System/Main Campus ᴮᴱᵀᴬ

[EXPORT TABLE]

| Organization | City | State | Country | Awards | Funding |
|---|---|---|---|---|---|
| UNIVERSITY OF VIRGINIA | CHARLOTTESVILLE | VA | UNITED STATES | 324 | $143,194,957 |

### UNIVERSITY OF VIRGINIA awards summary for Fiscal Year 2016

| Funding Mechanism ▼ | Dollar Amount | Awards |
|---|---|---|
| Other Research-Related | $5,605,779 | 30 |
| Research Centers | $5,050,874 | 5 |
| RPGs - Non SBIR/STTR | $125,685,908 | 249 |
| Training - Individual | $931,306 | 22 |
| Training - Institutional | $5,921,090 | 18 |
| **Total** | **$143,194,957** | **324** |

Download Readers:  📕 📊 📄 📊

About RePORT | FAQ | Contact Us | Site Map | Data Access Policy | Accessibility Statement | Privacy Statement | Disclaimer | FOIA | HHS Vulnerability Disclosure

Office of Extramural Research | National Institutes Of Health | U.S. Department of Health and Human Services | USA.Gov – Government Made Easy | Grants.Gov

Page Last Updated on December 12, 2019

NIH...*Turning Discovery Into Health*®