# EXHIBIT 24

Emerald Media Network    Advertise    Campus Safety Conference

Follow Us   

ADVERTISEMENT



MENU 



**Trending**  2 Killed in Old Dominion University Shooting   Memphis: Girl Stabbed at Hamilton K-8 School   Teacher Shortages by State   MSU Upgrades Campus Security

NEWS

# Dept. of Ed Reduces Clery Fine for Yale

Published: July 17, 2013    Author: CS Staff



The U.S. Department of Education has reduced Yale's Clery Act compliance fine to $155,000.

In May, the department notified the school that it could be fined $165,000 for 12-year-old violations and failing to include seven policy statements in its 2004 security report.

Yale argued that its fine should be reduced because the seven required policy statements were later included in its April 2005 addendum to the 2004 report, reports Cross Campus.

Read the full story.

——ARTICLE CONTINUES BELOW——

**Get the latest industry news and research delivered directly to your inbox each week!**

Email*





This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Privacy Policy

Cookie Preference Center

Accept All Cookies

- Clery Act Fines Increased to $35K Per Violation
- Clery Reporting: Whose Job Is It Anyway?
- Clery Center: Incident Reporting Has Improved but Could Be Better
- Additional Clery Compliance Guidance
- Specific guidelines on emergency notification, emergency response policies and testing.
- Specific guidelines on missing students.
- Specific guidelines on the new fire incident reporting requirements.

- Preventing and Responding to Campus Sexual Assaults
- How to Comply With the Dept. of Ed's Title IX Sexual Violence Guidance
- Bystanders: Your Best Weapon Against Sexual Assault
- Stalking on Campus: A Silent Epidemic
- The Federal Campus Sexual Assault Victims' Bill Of Rights
- How to Prevent Hazing

Posted in: News

Tagged with: Clery Act, Incident Reporting

## Spotlight on Emergency Notification and Panic Alarms



**2025 Emergency Communications Deep Dive**

RESOURCES



**Detect Threats, Notify Everyone, and Manage Incidents with Singlewire Software**

SPONSORED



**Be Ready for Any School Emergency with Raptor Technologies**

SPONSORED



**The Ultimate Solution for K-12 and Healthcare Safety**

SPONSORED



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Privacy Policy

ADVERTISEMENT

ADVERTISEMENT

## Related Posts

**Coronado Unified Sues Water Treatment Plant, Alleges Students Sickened by Sewage**

**Liberty University Fired Employee for Reporting Title IX Violations, Lawsuit Claims**


This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Privacy Policy

Officer



## Get the latest industry news and research delivered directly to your inbox each week!

Email*

Sign Up

By clicking Sign Up above, you agree to the Emerald Privacy Policy and Terms of Use.

## General

News
Insights
Resources
Awards
Podcasts
Sponsored
Press Releases

## Topics

View All Posts »
Active Assailant
Clery / Title IX
Emergency Management
Hospital Security
Mental Health
Public Safety
School Safety
Security Technology
Facilities Management
University Security

## Awards

Campus Safety BEST Awards
Director of the Year Awards

## About Us

About Us
Editorial Team



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Privacy Policy

News
Insights
Resources
Awards
Podcasts
Sponsored
Press Releases

View All Posts »
Active Assailant
Clery / Title IX
Emergency Management
Hospital Security
Mental Health
Public Safety
School Safety
Security Technology
Facilities Management
University Security

## Resources

Campus Safety BEST Awards
Director of the Year Awards

## About Us

About Us
Editorial Team
Advertise with Us

## Contact Us

Emerald Expositions
31910 Del Obispo, Suite 200
San Juan Capistrano, CA 92675
Phone: 800-440-2139
Customer Service: 774-505-8058

© 2025 Emerald X, LLC. All Rights Reserved

ABOUT   CAREERS   AUTHORIZED SERVICE PROVIDERS   YOUR PRIVACY CHOICES   TERMS OF USE   PRIVACY POLICY

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. Privacy Policy