# EXHIBIT 28



Watch 24/7

**TRENDING**    NBC CT Weather Blog    Trump Administration    Reckless on our Roads    CT Live    Face the Fa...

# Yale Sex Discrimination Complaint Resolved

Yale must continue to assess the campus climate.

Published June 15, 2012 • Updated on June 15, 2012 at 6:24 pm

Log in or create a free
profile to save articles

Yale University has agreed to promote responsible drinking, address hazing and initiations and assess the climate on campus, resolving accusations that the school had a sexually hostile environment.

The U.S. Department of Education announced on Friday that it reached an agreement with the Ivy League over the complaint a group of about 16 students filed in March 2011.

That complaint was filed months after members of the Yale chapter of Delta Kappa Epsilon stood outside the university's Women's Center on the Old Campus and shouted "No means yes," and other derogatory remarks aimed at women.

The Office for Civil Rights of the U.S. Department of Education investigated and determined that the school was proactive and voluntarily changed procedures and practices.

"The University is pleased that the Office of Civil Rights has closed its Title IX investigation without any finding of non-compliance by Yale. We are gratified that OCR has recognized Yale's extensive efforts and ongoing commitment to prevent and address sexual misconduct," Yale said in a statement.



A letter from the U.S. Department of Education to the school sent on June 15 says the investigative phase is closed.

The voluntary resolution agreement is posted on the U.S. Department of Education Web site.

Part of the agreement is for Yale to continue to improve and publicize university resources and programming aimed at responding to and preventing sexual harassment and violence.

The university will also evaluate the success of providing an environment for students that is free of sexual harassment and violence.

"Sexual violence and harassment have no place in our nation's schools," Russlynn Ali, assistant secretary for civil rights said in a statement.  "Every student must have a fair chance to a high quality education, but sexual harassment and violence far too often deny students their right to an equal education.  I applaud the steps Yale has taken and has agreed to take to address immediate concerns and to put systems in place to help prevent future Title IX discrimination. We look forward to continuing to work cooperatively with Yale to better ensure a safe and supportive environment for all students."

**Local**



**11 MINS AGO**
Hartford Lions Soccer Academy to host inaugural fundraiser at Dunkin' Park



**18 MINS AGO**
Report urges changes for DCF after Bristol man allegedly impregnates girl in his care

While the complaint is resolved, Thomas Hibino, regional director for U.S. Department of Education Office of Civil Rights, said in a letter to Yale that the students who filed the complaint might have the right to file a private lawsuit in federal court.

**ONLINE SHOPPING TOOLS** | SPONSORED

**Amazon Is Losing Money as Shoppers Are Cancelling Prime For This Clever Hack**

**HOMEBUDDY** | SPONSORED

**Here's an Estimated Price for a 1-Day Walk-in Shower**

**TOP20GADGETDEALS** | SPONSORED

**Sleep Apnea: Ingenious Pillow Takes the US By Storm**

Learn More

**SUGAR REVERSE** | SPONSORED

**Suffering From Sugar Levels? Try This Avocado Trick**

Learn More

**THE SKINCARE MAGAZINE** | SPONSORED

**Next-Gen Wrinkle Smoother is Amazon's Hottest New Find - Find Out Why**

**Weather Forecast**

**HARTFORD, CT**

57°

Cloudy
0% Precip

TONIGHT

49°

TOMORROW

57°



**ABOUT NBC CONNECTICUT**

**OUR NEWS STANDARDS**

**SUBMIT TIPS FOR INVESTIGATIONS**

**NEWSLETTERS**

**CONTACT US**

**WVIT ACCESSIBILITY**

**XFINITY: INTERNET, TV, STREAMING, MORE**

WVIT Public Inspection File
WVIT Accessibility
WVIT Employment Information
FCC Applications
Privacy Policy
      Your Privacy Choices
Terms of Service
Advertise with us
Send Feedback
CA Notice
Ad Choices

Copyright © 2025 NBCUniversal Media, LLC. All rights reserved