# EXHIBIT 36

# Yale Medical School Removes Doctor After Sexual Harassment Finding

**By Tamar Lewin**
Nov. 14, 2014

Yale Medical School has removed a doctor after a finding of sexual harassment as director of its Cardiovascular Research Center, the latest development in a nearly five-year-old case that has agitated the institution.

The removal of the director, Dr. Michael Simons, effective immediately, was the result of an independent management review from April to August, the acting chief of the department of medicine, Dr. Gary V. Desir, said in an email late Thursday.

Dr. Simons was Yale's chief of cardiology until January 2013, when he was suspended for 18 months after a university committee found that he had sexually harassed a postdoctoral researcher. He was allowed to remain as director of the research center, but many female faculty members had protested that as well as his scheduled return as chief of cardiology.

Earlier this month, Dr. Desir sent an email to administrators saying he had learned that "Mike and a couple of research senior cardiology faculty have been pressuring" some researchers "to make favorable comments to the press and to write in support of Mike." Dr. Desir wrote that he had already met with some of those being pressured.

In addition to the sexual harassment, the university committee found that Dr. Simons had exercised "improper leadership and compromised decision-making" with regard to the researcher's husband, also a cardiologist. Dr. Simons, who is married, began making advances to the researcher, Annarita Di Lorenzo, in

February 2010, in a letter, and continued his pursuit despite repeated rebuffs. She left Yale in 2011. Her husband, Dr. Frank Giordano, who remains at Yale, said Dr. Simons froze his professional advancement.

Last year, Yale's University Wide Committee made confidential recommendations that Dr. Simons be permanently removed as chief of cardiology and barred for five years from any position of authority. But the provost softened the penalty, suspending Dr. Simons for 18 months — with no hint of wrongdoing and leaving him as director of the research center, which has 110 investigators.

In late October, Yale announced that Dr. Simons "had decided not to return" as chief of cardiology, after the growing faculty frustration and inquiries by The New York Times.

The Simons case has spawned other legal actions. A Yale Graduate School committee is investigating a complaint by Dr. Giordano, charging that the dean and Dr. Simons encouraged a researcher to submit to the National Institutes of Health — almost verbatim — a grant he had written, without including him. Dr. Giordano also has a pending complaint with the Connecticut Commission on Human Rights and Opportunities in which he charges the medical school with retaliation.

Dr. Simons said in a statement that while he has taken responsibility for his poor judgment in pursuing a colleague, the other charges against him were false and defamatory. "I have never pressured anyone to speak up on my behalf, and was honestly grateful that many colleagues offered to," he said. "Nor did I, or would I ever, encourage anyone to submit material written by another professor."

Tom Conroy, a spokesman for Yale, declined all comment, citing confidentiality.

In recent months, much of the faculty's ire over the handling of the situation has been aimed at the dean of the medical school, Robert Alpern, who is widely seen as Dr. Simons's chief supporter.

Some faculty members said Dr. Simons had told them that the dean had promised to protect him, and Dr. Giordano's Connecticut complaint said the dean had announced that he was "90 percent certain" he could get the committee's decision

reversed.

In an interview two weeks ago, the dean denied making such statements.

"People told me they were being told that I'd protect him, and I actually discussed that with Dr. Simons," he said. "I never told anyone that I would protect him."

In a secret recording, obtained by The Times, of the dean's Oct. 6 meeting with the department of medicine's senior faculty about sexual harassment and the climate for women at the school, Dean Alpern said he thought the lack of clear lines on sexual harassment was endemic in academic medicine.

"If you go to industry, industry works in teams," he said. "They really rely on the team behavior, and anybody who disrupts that team is out. Academics is different; academics you know, we're trying to get the best people, and we're always trying to help the best people succeed, and sometimes the best people, some best people, don't behave as well as other best people."

Citing privacy laws, Dr. Alpern refused to discuss Dr. Simons, but faculty members told him it was "important that you hear" their consensus that the cardiology chief should not return.

Dr. Alpern, who has headed the school for 10 years and was reappointed last summer to another term, all but acknowledged in the meeting that the school's response to sexual misconduct has been problematic.

"What I've learned, I think, is that there's a general culture here that people believe that bad behavior will be tolerated, and therefore a lot of it, people don't, there's a lot of bad behavior going on, nobody tells anybody because they just assume that the dean, the department chair and the division chiefs don't care," he said, adding that the culture needs to change.

One faculty member at the meeting said many people at the medical school are uncomfortable speaking up about misbehavior because "they don't see that anything ever comes of it."

Dr. Giordano's pending complaints, and some faculty comments, paint the picture of an environment in which those who bring in research dollars are not subject to the regular rules.

In his Connecticut complaint, Dr. Giordano said that when he told the dean and his deputy about Dr. Simons's taking him off a grant, the deputy told him the dean would not take any action. "She stated that since Simons was good at bringing in grant money, that we 'will not speak of this again,' " the affidavit said.

The complaint said the dean ignored other faculty misconduct, too. "When a professor complained to him about still another professor who had sexually harassed a postdoctoral fellow, the dean responded, 'What can I do? He has two grants,' " it said.

Mr. Conroy said the school's only comment was a Nov. 3 statement by Peter Salovey, Yale's president, responding to what it termed a "troubling" article in The Times the day before. "No one at Yale should be mistreated, bullied, harassed or denied professional opportunities they deserve," the statement said. "It is essential that all of us understand this and act accordingly."

It added that the president, provost and Dean Alpern had all attended the inaugural meeting of the medical school's Task Force on Gender Equity that day, to emphasize their commitment to gender equity.

---

A version of this article appears in print on , Section A, Page 15 of the New York edition with the headline: Yale Medical School Removes Doctor After Sexual Harassment Finding