# EXHIBIT 39

Donate | Read the Print Edition
Subscribe | Join the YDN

NEW HAVEN, CONNECTICUT • **TUESDAY, FEBRUARY 4, 2025** • VOL. CXLVII

  

HOME  OPINION  UNIVERSITY  CITY  SCITECH  ARTS  SPORTS  MULTIMEDIA  WKND  MAGAZINE  ABOUT  🔍


ARGENTINA INTERNSHIP PROGRAM
Top companies seek talented students
for a 9-week summer internship.
APPLY BY FEBRUARY 16, 2025

# Bagley discrimination lawsuit dismissed

RYAN GITTLER | 1:38 AM, FEB 22, 2017
STAFF REPORTER

The discrimination lawsuit brought by former School of Management professor Constance Bagley against the University and three high-ranking SOM faculty members has been dismissed more than three years after its initial filing.

The stipulation of dismissal, filed on Feb. 2, states that Bagley and all defendants had "resolved their dispute" and that the motion was dismissed "with prejudice," meaning Bagley cannot try the claim again.

In her December 2013 suit, Bagley claimed she had not been reappointed to a professorship in May 2012 because of her gender and age. Bagley filed the lawsuit in the U.S. District Court in the District of Connecticut against the University and SOM Dean Edward Snyder, former SOM Deputy Dean Andrew Metrick and professor of management Douglas Rae, who co-taught the course "State and Society" with Bagley.

Both Metrick and Snyder declined to comment on the case, and Rae did not respond to a request for comment.

In statements to the News, both University spokesman Tom Conroy and Bagley said the case had been resolved on mutually acceptable terms.

"The matter had been resolved to the parties' mutual satisfaction," Bagley said.

Bagley's attorney, Laura Studen, declined to elaborate further on the agreement on the grounds of confidentiality.

Bagley's case brought attention to issues of gender at the SOM, where just over a quarter of faculty members are female. Her complaint listed 18 counts of discrimination and urged the University to cease alleged gender and age discrimination, which Bagley claimed in the suit was pervasive at Yale and caused her wrongful treatment. A review committee commissioned by then-Provost Peter Salovey described a "chilly environment" for women at the SOM.

Yale has consistently denied that gender or age discrimination factored into Bagley's reappointment decision and said the choice not to reappoint her was based on comprehensive review. In December 2015, the University filed an offer of proof in an effort to explain its decision to deny Bagley's reappointment, citing a vote against renewing Bagley's contract from the University's Board of Permanent Officers and 50 negative student comments for her class.

RYAN GITTLER ✉



YALE DAILY NEWS PUBLISHING CO., INC.
202 York Street, New Haven, CT 06511 | (203) 432-2400

Editorial: (203) 432-2418 | editor@yaledailynews.com

Business: (203) 432-2424 | business@yaledailynews.com

JOIN    DONATE    ADVERTISE

ABOUT US | SEND A TIP
SUBMIT A LETTER | LEGAL

© YALE DAILY NEWS 2025