# EXHIBIT 43

NEW HAVEN REGISTER   SALE! Only 25¢ for 3 Months   Sign in

NEWS

# Yale above average in nationwide survey of sexual assault reports

By Ed Stannard, Reporter
Updated Oct 15, 2019 7:11 p.m.

  



Sterling Memorial Library at Yale University

Ed Stannard / Hearst Connecticut Media

NEW HAVEN — More than a third of undergraduate women reported being sexually assaulted at Yale University, according to a nationwide survey by the Association of American Universities released Tuesday.

Skip Ad

 0:18 / 0:30

Overall, students at Yale University reported a slightly higher rate of sexual assault than the average of 33 peer institutions, with 18.1 percent of undergraduates, graduate and professional students reporting nonconsensual sex compared with 16.5 percent nationwide. The rates rose at both Yale and among all the institutions since the AAU's first survey in 2015.

**ADVERTISEMENT**
Article continues below this ad

SALE! Unlock more local news for less: 25¢ for 3 months of access.

ACT NOW

"The disturbing news from this year's survey is that sexual assault and misconduct remain far too prevalent among students at all levels of study," wrote AAU President Mary Sue Coleman in the survey's introduction.. "The good news — made possible by comparing data from the 21 schools that participated in both the 2015 and 2019 surveys — is that students are more knowledgeable than they were four years ago about what constitutes sexual assault and misconduct, how to report it, and what resources are available to victims."

**More News**



**CT colleges report higher number of campus rapes, burglaries**

A total of 181,752 students completed the survey, conducted by Westat, out of a total sample of 830,936 undergraduates, graduates and professional students.

Separately released recent annual safety reports found that Connecticut colleges reported more than 100 rapes and burglaries in 2018 on and near their campuses in 2018. Colleges are required to publish the data by the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act.

In that report, Yale, the state's second largest school, reported 26 rapes, the highest in the state, followed by the largest, University of Connecticut's main campus in Storrs, which reported 23.

In her introduction to the Yale results in the AAU survey, Stephanie Spangler, vice provost for health affairs and academic integrity and Yale's Title IX coordinator, wrote that since 2015, "we see some signs of progress in addressing sexual misconduct at Yale. For example, in 2019 students reported higher levels of awareness and increased use of Yale's resources to address sexual misconduct. They also reported experiencing lower rates of

harassing behaviors and intimate partner violence. That said, there are also a number of areas where signs of progress are lacking. Notably, survey-estimated rates of sexual assault — a term that encompasses a broad range of experiences — were somewhat higher than in 2015."

The survey reported that 18.1 percent of Yale students reported sexual assault, with 7.8 percent involving penetration (including oral sex). That was an increase from 16.1 and 7.3 percent in 2015. The overall rate was 16.5 percent, with 8.1 percent involving penetration.

The highest rates were reported by women and a group identified in the report as "TGQN," referring to "transgender woman, transgender man, nonbinary/genderqueer, gender questioning or gender not listed. At Yale, the rate of nonconsensual sex was reported as 38.7 percent of undergraduate women and 14.9 percent of graduate and professional school women. The rate for TGQN students was reported at 28.6 percent. A total of 15.4 percent of undergraduate men and 5 percent of graduate and professional school men reported having been sexually assaulted.

**ADVERTISEMENT**
Article continues below this ad

Nationwide, 25.3 percent of women and 28.5 percent of TGQN students reporting forced sexual conduct, compared with 6.9 percent of men.

At Yale, 49.2 percent of students reported experiencing harassment, with "inappropriate comments about their or someone else's body" accounting for 39.7 percent and "insulting or offensive remarks or jokes" making up 34 percent. (Some students reported both types of harassment. Nationally, 41.8 percent reported sexual harassment.

Coleman wrote that while first-year undergraduates were most likely to become victims of sexual assault, graduate and professional students' "distinct environment" led to a higher rate of sexual harassment. "Graduate and professional students were the most likely to be subject to sexually harassing behavior by a faculty member or instructor," she wrote.

Yale President Peter Salovey issued a statement saying "the 2019 survey results for Yale show progress from 2015 in a number of areas. For example, many more students report sexual misconduct and make use of university resources for support. Additionally, within the larger student body, there is evidence of increased knowledge of university policies and definitions and of increased confidence that the university takes complaints seriously."

**ADVERTISEMENT**
Article continues below this ad

However, Salovey wrote that he was "deeply distressed" by the "troublingly high rates of sexual misconduct on our campus."

"Sexual misconduct causes serious harm to those who experience it, is antithetical to the university's high standards of conduct, and is corrosive to Yale's mission," Salovey wrote. "Such behavior has no place on this campus or anywhere."