# EXHIBIT 44

## Yale student gets probation in assault

New Haven Register

November 3, 2006 Friday

Copyright 2006 ProQuest Information and Learning
All Rights Reserved
ProQuest SuperText
Copyright 2006 Journal Register Co.

**Section:** LOCAL NEWS; Pg. A5

**Length:** 141 words

**Dateline:** NEW HAVEN

## Body

A Yale student who had been charged with sexually assaulting a woman in a Yale dormitory room has avoided prison time by pleading no contest to lesser misdemeanor charges of assault and threatening. Gregory Korb, 20, of South Orange, N.J., entered his plea earlier this week in Superior Court.

Korb will receive probation. Under terms of the agreement, he can re-enroll at Yale, but cannot set foot on campus for the next 18 months, or until the class of 2008 graduates. But he will be allowed to study abroad if he chooses to do so.

Korb could have faced up to 10 years in prison had he been convicted of the original charges, first-degree sexual assault, second-degree assault and unlawful restraint.

Korb was arrested Aug. 27, 2005, as he was about to begin his sophomore year.

His attorney, William Dow III, said Korb has maintained his innocence.

## Classification

**Language:** ENGLISH

**Journal Code:** NHRG

**Subject:** CRIMINAL ASSAULT & BATTERY (99%); NEGATIVE PERSONAL NEWS (92%); CRIME, LAW ENFORCEMENT & CORRECTIONS (90%); CRIMINAL OFFENSES (90%); JAIL SENTENCING (90%); MISDEMEANORS (90%); NEGATIVE NEWS (90%); SEX OFFENSES (90%); STUDENT HOUSING (90%); ARRESTS (78%); CORRECTIONS (78%); CRIMINAL CONVICTIONS (78%); CRIMINAL FALSE IMPRISONMENT (78%); LAWYERS (74%); AGREEMENTS (73%); STUDY ABROAD PROGRAMS (73%)

Yale student gets probation in assault

**Industry:** LAWYERS (74%)

**Person:** Korb, Gregory

**Geographic:** NEW HAVEN, CT, USA (59%); NEW JERSEY, USA (57%)

**Load-Date:** October 17, 2007

---

**End of Document**