# EXHIBIT 45

**Get notifications from The New York Post**

Click 'Sign Up' then 'Allow'

Dismiss          Sign Up

LOG IN

US News     Metro     Lon

TRENDING NOW IN US NEWS

 **Defense Secretary Pete Hegseth says US is 'prepared' to go to war...**

**MSNBC's Nicolle Wallace and Rachel Maddow blasted for...**

**Frantic search for after fiancée of '8( rocker falls...**

BREAKING NEWS

**Trump issues 'last warning' to Hamas after meeting with freed Israeli hostages**

*US NEWS*

# YALE SEX SUIT

By Denise Buffa

Published May 1, 2007, 9:00 a.m. ET

A Bronx woman is suing Yale University for $20 million over an alleged sexual assault she said the school is trying to cover up.

The 20-year-old history major said a former boyfriend, also a Yale student, sexually assaulted her in her dorm room after a school-sponsored party – and university officials looked the other way.

Gregory Korb, 20, of South Orange, N.J., was arrested and charged with sexual assault and unlawful restraint after the August 2005 attack.

He was allowed to walk away a year later with no jail time after pleading no-contest to misdemeanor charges of assault and threatening under a probation deal that barred him from returning to campus for 18 months.

"She did not feel vindicated," said the accuser's mother, one of the plaintiffs in the suit that names Korb as a defendant.

Thank you for visiting. By continuing, you agree to our Terms of Use and Privacy Notice.

AD



Get notifications from The New York Post
Click 'Sign Up' then 'Allow'

PROGRESSIVE

"She felt duped."

The deal apparently was not enough to keep Korb off campus. The woman, whose name is being withheld, got wind of an on-campus party to celebrate Korb's freedom and called university officials to have him removed.

The suit alleges that sexual assault occurred after "Club Yale," a school-sponsored social event held each year before the fall semester. The woman said the party is nothing more than a boozefest.

"Yale provided the facilities and encouraged its students to attend and party at 'Camp Yale,' providing and making available alcohol to all students, including those under the legal drinking age," the suit says.

"Yale provided no security and enforced no policies of conduct to limit or monitor the activities or their duration."

The student and her mother said the university also ignored what they described as "a history of assaultive and violent behavior," including an incident in which Korb allegedly bit a male student.

The woman who filed the suit said she was bitten on her face and breasts and forced to perform oral sex on Korb.

According to the suit, Yale failed to beef up security and warn students.

A Yale spokesman said the university would not comment on the suit. Kolb's lawyer did not return calls for comment.

The accuser's mother said the student receives counseling over the attack, and once even contemplated suicide.

"She's not the same person she was, and she never will be again," she said.