# EXHIBIT 46

3/7/25, 3:13 PM  NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM    Document 27-48    Filed 03/07/25    Page 2 of 9

🇺🇸 An official website of the United States government  Here's how you know ▾



NEW TO NIH

FUNDING ▾

GRANTS PROCESS ▾

**POLICY & COMPLIANCE** ▾

NEWS & EVENTS ▾

ABOUT US ▾

Home  >  Policy & Compliance  >  Policy Topics  >  Supporting a Safe and Respectful Workplace at Institutions that Receive NIH Funding  >  NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution

# NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution

Learn about NIH's standard procedures for handling allegations involving our recipient community.

## Standard Procedure

1. Allegations are submitted via

- Grantee Harassment Webform
- Grantee Harassment Email: GranteeHarassment@nih.gov
- Phone: (301) 480-6701
- NIH Staff (e.g., Center for Scientific Review (CSR) staff, IC Research Integrity Officers (RIOs), Office of Management Assessment (OMA) referrals)



2. Allegations of harassment, including sexual harassment, discrimination, and other forms of inappropriate conduct that can result in a hostile work environment, are reviewed by the Office of Extramural Research (OER). If the allegations involve something other than harassment (e.g., misappropriation of funds), it is forwarded to the appropriate agency/office with that oversight responsibility.

3. Harassment allegations are reviewed by OER staff to assess:
   a. Whether sufficient information exists to proceed (follow-ups may be conducted to obtain additional information)
   b. If NIH-funded grants are involved
   c. Whether the person of concern is involved in and should be removed from peer review service

4. The NIH Deputy Director of Extramural Research (DDER) sends a letter to the institution (usually the Vice President of Research) regarding the allegation. The letter content includes:
   a. Description/summary of allegation
   b. NIH's concerns about harassment in extramural science and a reminder of NIH's expectations and requirements related to harassment.
   c. A request for information on the following, as applicable:

3/7/25, 3:13 PM NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM    Document 27-48    Filed 03/07/25    Page 4 of 9

  i. Whether the alleged events were linked to any NIH-funded activities
  ii. Timeline and details of any restrictions placed on person of concern related to allegation
  iii. Steps institution has taken to assure NIH-funded research is conducted in a safe and appropriate environment
  iv. For persons of concern with NIH funding; who was overseeing NIH awards if the designated PI was not able to act in a wholly unrestricted manner and whether prior approval from the funding Institute or Center was given for any change in PI, if applicable
  v. Institutional policies that address inappropriate conduct and foster a safe and healthy working environment
 d. A request for a response within 30 days

5. Institutional responses are reviewed to assess:
 a. If an institutional investigation commenced; if there was a finding
 b. The impact, if any, on NIH research
 c. If any identified risks to research staff and/or students have been mitigated
 d. Actions taken and safeguards that have been put in place
 e. Other factors and actions relevant to the allegation

6. Appropriate actions are taken to ensure NIH-funded research is occurring in a safe environment, but are not limited to:
 a. Coordinating with funding IC(s) on necessary grants management actions
  i. Requesting the recipient institution to identify a replacement principal investigator on an NIH award
  ii. Holding pending awards associated with the PI of concern while compliance issues are resolved
  iii. Declining to approve requests to transfer grants involving the PI to another institution

3/7/25, 3:13 PM NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM   Document 27-48   Filed 03/07/25   Page 5 of 9

    iv. Requiring special reporting requirements from the institution

   b. Requiring follow-ups with institutions to ensure issues have been fully addressed

3/7/25, 3:13 PM NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM    Document 27-48    Filed 03/07/25    Page 6 of 9



3/7/25, 3:13 PM    NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM    Document 27-48    Filed 03/07/25    Page 7 of 9

## FAQs

[Anti-Sexual Harassment](#)

This page last updated on: September 13, 2024
For technical issues [E-mail OER Webmaster](#)

**Did you find this page helpful?**

○ Yes

○ No

Next

[Form Approved OMB# 0925-0648 Exp. Date 7/2027](#)

Protected by reCAPTCHA: Privacy ↗ & Terms ↗

## Help, FAQs, And More

[Nexus Blog ↗](#)

[eRA ↗](#)

[Glossary](#)

[FAQs](#)

[Help](#)

3/7/25, 3:13 PM	NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM      Document 27-48      Filed 03/07/25      Page 8 of 9



National Institutes of Health
Bethesda, MD 20892

## Stay Connected



Subscribe for Grant News

## Government Sites

Health and Human Services

National Institutes of Health

USA.gov - Government Made Easy

NIH Staff (Intranet 🔒)

## Web Policies and Notices

Accessibility

HHS Vulnerability Disclosure

FOIA

Privacy Notice

Disclaimer

Archive of this Page Since September 24, 2024

3/7/25, 3:13 PM NIH Process for Handling Allegations of Harassment on an NIH-Funded Project at a Recipient Institution | Grants & Funding

Case 1:22-cv-00675-APM    Document 27-48    Filed 03/07/25    Page 9 of 9

Older Versions of this Website

## Site Map

Home

New To NIH

Funding

Grants Process

Policy & Compliance

News & Events

About Us