# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN DARIA LANDINO, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>YALE UNIVERSITY,<br>　　　　　　　　　　Defendant. | Case No. 1:22-cv-00675-APM |

## (PROPOSED) ORDER GRANTING YALE UNIVERSITY'S MOTION TO DISMISS

UPON CONSIDERATION of Defendant Yale University's Motion to Dismiss (the "Motion"), any response thereto, and the entire record herein, it is this ____ day of _____, 20__ hereby,

ORDERED, that the Motion is GRANTED; and

ORDERED that Plaintiffs' claims in this action against Defendant Yale University are DISMISSED.

SO ORDERED.

_____
AMIT P. MEHTA
United States District Judge